UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 21-cr-301 (TJK) |
| | : | |
| STEPHEN ETHAN HORN, | : | |
| | : | |
| *Defendant.* | : | |

NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Trial Attorney Seth Adam Meinero, who may be contacted by telephone at 202-252-5847 or email at Seth.Meinero@usdoj.gov. This is notice of his appearance in this matter on behalf of the United States.

    Respectfully submitted,

    CHANNING D. PHILLIPS
    Acting United States Attorney
    D.C. Bar No. 415793

By:   /s/ *Seth Adam Meinero*
    SETH ADAM MEINERO
    Trial Attorney
    Detailee
    United States Attorney's Office for the
       District of Columbia
    D.C. Bar Number 976587
    Federal Major Crimes Section
    555 4th St., N.W.
    Washington, DC 20530
    202-252-5847 (office)
    Seth.Meinero@usdoj.gov

## CERTIFICATE OF SERVICE

On April 19, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Files System.

/s/ *Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney
Detailee
United States Attorney's Office for the
    District of Columbia