NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                                    Criminal Number   1:21-cr-00301-TJK-1

Stephen Ethan Horn
(Defendant)

TO:     ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:     (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

/s/ Charles Haskell
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Charles Haskell 888304007
(Attorney & Bar ID Number)

Law Offices of Charles R. Haskell, Esq.
(Firm Name)

641 Indiana Ave. NW
(Street Address)

Washington, DC 20004
(City)          (State)          (Zip)

202-888-2728
(Telephone Number)