IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF,<br><br>v.<br><br>STEPHEN ETHAN HORN<br><br>DEFENDANT.<br>_____ / | Case No. 1:21-cr-00301-TJK-1<br>Judge Timothy J. Kelly |

## MOTION FOR ADMISSION OF ATTORNEY
### MARSHALL ELLIS *PRO HAC VICE*

Pursuant to Criminal Local Rule 44.1 (c) & (d), Defendant Stephen Ethan Horn moves for the admission and appearance of attorney Marshall Ellis pro hac vice in the above-captioned action. This motion is supported by the Declaration of Marshall Ellis, filed herewith. As set forth in Mr. Ellis' declaration, he is admitted and an active member in good standing in the following bars and courts: North Carolina Bar, United States Court of Appeals for the Fourth Circuit, and United States District Court for the Eastern District of North Carolina. This motion is supported and signed by Charles R. Haskell, Esq., an active and sponsoring member of the Bar of this Court.

Dated this 26th day of April, 2021.          Respectfully submitted,

/s/ Charles R. Haskell
Charles R. Haskell
DC Bar No.: 888304007
641 Indiana Ave. NW
Washington, DC 20004
Tel. (202) 888-2728
Charles@CharlesHaskell.com
*Counsel for Defendant*

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

Dated:	April 26, 2021	/s/ Charles R. Haskell
	Charles R. Haskell
	DC Bar No.: 888304007
	641 Indiana Ave. NW
	Washington, DC 20004
	Tel. (202) 888-2728
	Charles@CharlesHaskell.com
	*Counsel for Defendant*

cc:

Seth Adam Meinero
Assistant United States Attorney
United States Attorney's Office
555 4th Street NW
Washington, DC 20904
(202) 252-5847
Seth. Meinero@usdoj.gov

2