IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF,<br><br>v.<br><br>STEPHEN ETHAN HORN<br><br>DEFENDANT.<br>_____ / | Case No. 1:21-cr-00301-TJK-1<br>Judge Timothy J. Kelly |

## DECLARATION OF MARSHALL ELLIS
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Marshall Ellis, hereby declare:

1. My full name is Marshall Hood Ellis.

2. My office address and telephone number is 301 East Main Street, Elizabeth City, NC 27909; 252-335-0871.

3. I have been admitted to the following courts and bars: North Carolina Bar, United States Court of Appeals for the Fourth Circuit, and United States District Court for the Eastern District of North Carolina.

4. I certify that I have not been disciplined by any bar and I am in good standing with all bars to which I am admitted.

5. I have not previously been admitted *pro hac vice* in this Court.

6. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Elizabeth City, NC this 26th day of April, 2021.

Respectfully submitted,

_____
Marshall Ellis, Esq.