IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      PLAINTIFF,

v.

STEPHEN ETHAN HORN

      DEFENDANT.

_____ /

Case No. 1:21-cr-00301-TJK-1
Judge Timothy J. Kelly

### [PROPOSED] ORDER

This matter having come before this Court on a Motion for Admission Pro Hac Vice and,

**IT APPEARING TO THE COURT THAT:**

Mr. Marshall Ellis meets all the requirements of LCrR 44.1 (d), is a member in good standing of the North Carolina Bar, United States Court of Appeals for the Fourth Circuit, and United States District Court for the Eastern District of North Carolina,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

Mr. Marshall Ellis be permitted to serve as *pro hac vice* counsel for the defendant Stephen Ethan Horn in the above-captioned matter.

**SO ORDERED.**

_____
    Date

_____
Timothy J. Kelly
United States District Judge