UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

NO. 1:21-CR-00301-TJK-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEPHEN ETHAN HORN | NOTICE OF APPEARANCE |

    Pursuant to Rule 44.5(a) of the Local Criminal Rules of Practice and Procedure for the United States District Court for the District of Columbia, undersigned counsel hereby informs the Court and the United States that he has been retained to represent the defendant in this matter, Stephen Ethan Horn ("Mr. Horn"). The instant notice is submitted to inform the Court and all parties of record of his appearance in this case on behalf of Mr. Horn.

    Respectfully submitted this 30th day of April, 2021.

                                                     */s/ Marshall H. Ellis*
                                                     MARSHALL H. ELLIS
                                                     Hornthal, Riley, Ellis & Maland, LLP
                                                     301 East Main Street
                                                     Elizabeth City, NC 27909
                                                     Telephone: 252-335-0871
                                                     Fax: 252-335-4223
                                                     Email: mellis@hrem.com
                                                     N.C. State Bar No. 47720
                                                     Retained Counsel for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

SETH ADAM MEINERO
DOJ-USAO
555 4th St., NW
Washington, DC 20904
(202) 252-5847
Email: seth.meinero@usdoj.gov

by electronically filing the foregoing with the Clerk of Court on April 30, 2021, using the CM/ECF system which will send notification of such filing to the above.

    This the 30th day of April, 2021.

                                            ***/s/ Marshall H. Ellis***
                                            MARSHALL H. ELLIS
                                            Hornthal, Riley, Ellis & Maland, LLP
                                            301 East Main Street
                                            Elizabeth City, NC 27909
                                            Telephone: 252-335-0871
                                            Fax: 252-335-4223
                                            Email: mellis@hrem.com
                                            N.C. State Bar No. 47720
                                            Retained Counsel for Defendant