UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-301 (TJK) |
| : | |
| STEPHEN HORN, : | |
| : | |
| *Defendant.* : | |

**UNOPPOSED MOTION FOR PROTECTIVE ORDER**

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:     /s/ *Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney
Detailee
D.C. Bar No. 979587
United States Attorney's for the
    District of Columbia
Federal Major Crimes Section
555 4th Street, N.W.
Washington DC 20530
202-252-5847
Seth.Meinero@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 6, 2021, I served a copy of this pleading on the parties to this matter through the court's electronic case files system.

                                          /s/ *Seth Adam Meinero*
                                          SETH ADAM MEINERO
                                          Trial Attorney
                                          Detailee
                                          United States Attorney's for the
                                              District of Columbia