AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00342 |
| STEPHEN ETHAN HORN | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 3/29/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   STEPHEN ETHAN HORN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 03/29/2021                                   2021.03.29 16:20:32 -04'00'
                                                   *Issuing officer's signature*

City and state:   Washington, D.C.                 Robin M. Meriweather, U.S. Magistrate Judge
                                                   *Printed name and title*

### Return

This warrant was received on *(date)* 4/1/21, and the person was arrested on *(date)* 4/9/21
at *(city and state)* Raleigh, NC.

Date: 4/15/21                                      *Arresting officer's signature*

                                                   FBI SA Craig Noyes
                                                   *Printed name and title*

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED IN OPEN COURT
ON 4|9|2021 CR
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

|  |  |
|---|---|
| United States of America ) | |
| v. ) | |
| STEPHEN ETHAN HORN ) | Case No.   5:21-MJ-1357-1RN |
| ) | |
| *Defendant* ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____  Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____  _____
Custodian                         Date

( ☒ ) (7) The defendant must:
( ☒ ) (a) submit to supervision by and report for supervision to the   United States Probation Office   ,
telephone number _____, no later than _____.
( ☐ ) (b) continue or actively seek employment.
( ☐ ) (c) continue or start an education program.
( ☒ ) (d) surrender any passport to:   United States Probation Office
( ☒ ) (e) not obtain a passport or other international travel document.
( ☒ ) (f) abide by the following restrictions on personal association, residence, or travel:   travel is restricted to the continental United States
unless approved in advance by USPO.  Defendant may not enter Washington D.C. except for court, supervision, or attorney consultations only.
( ☐ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

( ☐ ) (h) get medical or psychiatric treatment: _____

( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( ☒ ) (k) not possess a firearm, destructive device, or other weapon.
( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.
( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( ☐ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
   ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
   ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
   ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
   ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
      **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release                                                                 Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
        ( ☐ ) (i)    Location monitoring technology as directed by the pretrial services or supervising officer; or
        ( ☐ ) (ii)   Voice Recognition; or
        ( ☐ ) (iii)  Radio Frequency; or
        ( ☐ ) (iv)  GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☒ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ ) (t) _____

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_[signature]_
*Defendant's Signature*

Raleigh, NC
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 4/9/21                                    _[signature]_
                                                *Judicial Officer's Signature*

                                    Robert T. Numbers, II, United States Magistrate Judge
                                                *Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PROBATION OFFICE   U.S. ATTORNEY   U.S. MARSHAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-MJ-01357-RN-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEPHEN ETHAN HORN | NOTICE OF APPEARANCE |

    Pursuant to Rule 44.1(b) of the Local Criminal Rules of Practice and Procedure for the Eastern District of North Carolina, undersigned counsel hereby informs the Court and the United States that he has been retained to represent the defendant in this matter, Stephen Ethan Horn ("Mr. Horn"). The instant notice is submitted to inform the Court and all parties of record of his appearance in this case on behalf of Mr. Horn.

    Respectfully submitted this 9th day of April, 2021.

                                      */s/ Marshall H. Ellis*
                                      MARSHALL H. ELLIS
                                      Hornthal, Riley, Ellis & Maland, LLP
                                      301 East Main Street
                                      Elizabeth City, NC 27909
                                      Telephone: 252-335-0871
                                      Fax: 252-335-4223
                                      Email: mellis@hrem.com
                                      N.C. State Bar No. 47720
                                      Retained Counsel for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

BARBARA D. KOCHER
United States Attorney's Office - EDNC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
919-856-4530
Fax: 856-4487
Email: barb.kocher@usdoj.gov

by electronically filing the foregoing with the Clerk of Court on April 9, 2021, using the CM/ECF system which will send notification of such filing to the above.

    This the 9th day of April, 2021.

                                    */s/ Marshall H. Ellis*
                                    MARSHALL H. ELLIS
                                    Hornthal, Riley, Ellis & Maland, LLP
                                    301 East Main Street
                                    Elizabeth City, NC 27909
                                    Telephone: 252-335-0871
                                    Fax: 252-335-4223
                                    Email: mellis@hrem.com
                                    N.C. State Bar No. 47720
                                    Retained Counsel for Defendant

2

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED IN OPEN COURT
ON  4/19/21  BRH
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:21-MJ-1357-RN |
| STEPHEN ETHAN HORN | ) | |
|  | ) | Charging District's Case No.  1:21-MJ-00342 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*  District of Columbia

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:  4/19/21

*Defendant's signature*

M H Elly
*Signature of defendant's attorney*

Marshall H. Ellis
*Printed name of defendant's attorney*

AO 199A (Rev. 06/19) Order Setting Conditions of Release      Page 1 of __4__ Pages

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

United States of America )
v. )
STEPHEN ETHAN HORN ) Case No. 5:21-MJ-1357-1RN
)
*Defendant* )

## AMENDED ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

★ The defendant must appear at: a hearing in the United States District Court for the District of Columbia to take place via
*Place*
video conference on the Zoom platform (the details of which have been provided to counsel for the defendant by the government)

on   4/27/21 at 1:00 pm
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

★ Changes are marked with asterisk.

AO 199B (Rev. 12/20) Additional Conditions of Release                                                                                  Page 2 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization _____
Address (only if above is an organization) _____
City and state _____  Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
                    Custodian                          Date

( ☒ ) (7) The defendant must:
   ( ☒ ) (a) submit to supervision by and report for supervision to the  United States Probation Office ,
         telephone number _____ , no later than _____ .
   ( ☐ ) (b) continue or actively seek employment.
   ( ☐ ) (c) continue or start an education program.
   ( ☒ ) (d) surrender any passport to:  United States Probation Office
   ( ☒ ) (e) not obtain a passport or other international travel document.
   ( ☒ ) (f) abide by the following restrictions on personal association, residence, or travel:  travel is restricted to the continental United States
         unless approved in advance by USPO. Defendant may not enter Washington D.C. except for court, supervision, or attorney consultations only.
   ( ☐ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
   ( ☐ ) (h) get medical or psychiatric treatment: _____
   ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
   ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
   ( ☒ ) (k) not possess a firearm, destructive device, or other weapon.
   ( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.
   ( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
   ( ☐ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
   ( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
   ( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
      ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
      ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
      ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
      ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
         **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of ReleasePage 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
- ( ☐ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
- ( ☐ ) (ii) Voice Recognition; or
- ( ☐ ) (iii) Radio Frequency; or
- ( ☐ ) (iv) GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☒ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ ) (t) _____

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
   (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
   (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
   (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
   (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
                                            *Defendant's Signature*

Raleigh, NC
_____
                                            *City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 4/9/21

_____
                                            *Judicial Officer's Signature*

Robert T. Numbers, II, United States Magistrate Judge
_____
                                            *Printed name and title*

Amended Date: 04/19/2021

Brian S. Meyers
United States Magistrate Judge

DISRIBUTION:   COURT        DEFENDANT        PROBATION OFFICE    U.S. ATTORNEY    U.S. MARSHAL

# U.S. District Court
# EASTERN DISTRICT OF NORTH CAROLINA (Western Division)
# CRIMINAL DOCKET FOR CASE #: 5:21-mj-01357-RN All Defendants

| | |
|---|---|
| Case title: USA v. Horn | Date Filed: 04/08/2021 |

Assigned to: Magistrate Judge Robert T. Numbers, II

**Defendant (1)**

| | | |
|---|---|---|
| **Stephen Ethan Horn** | represented by | **Marshall H. Ellis**<br>Hornthal, Riley, Ellis & Maland, LLP<br>301 East Main Street<br>Elizabeth City, NC 27909<br>252-335-0871<br>Fax: 252-335-4223<br>Email: mellis@hrem.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|

None

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restrict Building or Grounds Without Lawful Authority, 18 U.S.C. §c1752(a)(2): Disorderly and Disruptive Conduct in a Restricted Building or Grounds. 40 U.S.C. §c5104(e)(2)(D): Violent Entry and Disorderly Conduct on Capitol Grounds, 40 U.S.C. § 5104(e)(2)(G): Parading, Demonstrating, or Picketing in a Capitol Building | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Barbara D. Kocher** United States Attorney's Office - EDNC 150 Fayetteville Street, Suite 2100 Raleigh, NC 27601 919-856-4530 Fax: 856-4487 Email: barb.kocher@usdoj.gov |

*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: Assistant US*
*Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2021 | | Set Hearing as to Stephen Ethan Horn: Initial Appearance set for 4/9/2021 at 10:00 AM in Raleigh - 7th Floor - Courtroom 2 before Magistrate Judge Robert T. Numbers II. (Brewer, C) (Entered: 04/08/2021) |
| 04/08/2021 | [1](#) | Arrest (Rule 5) of Stephen Ethan Horn. (Brewer, C) (Additional attachment(s) added on 4/8/2021: # [1](#) Statement of Facts, # [2](#) Warrant) (Brewer, C). (Additional attachment(s) added on 4/9/2021: # [3](#) Corrected Warrant) (Brewer, C). (Entered: 04/08/2021) |
| 04/09/2021 | | ORAL MOTION to Unseal Case filed by USA as to Stephen Ethan Horn. (Brewer, C) (Entered: 04/09/2021) |
| 04/09/2021 | | ORAL ORDER granting ORAL Motion to Unseal Case as to Stephen Ethan Horn (1).Entered by Magistrate Judge Robert T. Numbers, II on 4/9/2021. (Brewer, C) (Entered: 04/09/2021) |
| 04/09/2021 | [2](#) | Minute Entry for proceedings held before Magistrate Judge Robert T. Numbers, II in Raleigh - Initial Appearance in Rule 5 Proceedings as to Stephen Ethan Horn held on 4/9/2021. Assistant US Attorney present for the Government. Defendant present with counsel. The Government moves to unseal this matter in its entirety. The Court grants the oral motion to unseal. Defendant advised of rights, charges and maximum punishments. The Government does not move for detention. Identity and Preliminary Hearings set for 4/13/2021 at 10:00 AM |

|  |  | in Raleigh - 5th Floor Courtroom before Magistrate Judge Robert T. Numbers II. Defendant released on conditions after any final processing with the US Marshal. (Court Reporter - FTR) (Brewer, C) (Entered: 04/09/2021) |
|---|---|---|
| 04/09/2021 | 3 | ORDER Setting Conditions of Release. Signed by Magistrate Judge Robert T. Numbers, II on 4/9/2021. (Brewer, C) (Entered: 04/09/2021) |
| 04/09/2021 | 4 | Notice of Attorney Appearance: Marshall H. Ellis appearing for Stephen Ethan Horn . (Ellis, Marshall) (Entered: 04/09/2021) |
| 04/11/2021 | 5 | MOTION to Continue *Preliminary and Identity Hearings* filed by Stephen Ethan Horn. (Attachments: # 1 Text of Proposed Order) (Ellis, Marshall) (Entered: 04/11/2021) |
| 04/12/2021 |  | TEXT ORDER granting 5 Motion to Continue Preliminary and Identity Hearings to 4/19/2021 as to Stephen Ethan Horn (1). It is further ordered that any delay that results from this continuance is excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. Entered by Magistrate Judge Robert T. Numbers, II on 4/12/2021. (Brewer, C) (Entered: 04/12/2021) |
| 04/12/2021 |  | Reset Hearing as to Stephen Ethan Horn: Identity and Preliminary Hearings reset for 4/19/2021 at 10:00 AM in Raleigh - 6th Floor Courtroom before Magistrate Judge Brian S. Meyers. (Brewer, C) (Entered: 04/12/2021) |
| 04/19/2021 | 6 | Waiver of Rule 5(c)(3) Hearing by Stephen Ethan Horn. (Horton, B.) (Entered: 04/19/2021) |
| 04/19/2021 | 7 | Minute Entry for proceedings held before Magistrate Judge Brian S. Meyers in Raleigh.Preliminary Hearing as to Stephen Ethan Horn held on 4/19/2021. Assistant U.S. Attorney present for government. Defendant present with |

| | | |
|---|---|---|
| | | counsel. The government presented a Sealed Criminal Information filed in the District of Columbia. The government moves to unseal the Criminal Information for the purposes of this hearing only. The court allows the government's motion to unseal for the purpose of this hearing only. Defendant received a copy of the Criminal Information. Due to the filing of the criminal information, the defendant is no longer entitled to a preliminary hearing. The court conducts an initial appearance on the criminal information. The defendant waives his Rule 5 Identity hearing. The court finds that the defendant knowingly and voluntarily provides his Waiver of Rule 5. The court finds that the defendant is in fact the individual named in the Criminal Information filed in the District of Columbia. The court enters Amended Conditions of Release. Defendant released on the Amended Conditions of Release. (Court Reporter - FTR) (Horton, B.) (Entered: 04/19/2021) |
| 04/19/2021 | 8 | AMENDED ORDER Setting Conditions of Release. Signed by Magistrate Judge Brian S. Meyers on 4/19/2021. (Horton, B.) (Entered: 04/19/2021) |