**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Crim. No. 21-CR-301 (TJK)** |
| | : | |
| **STEPHEN HORN,** | : | |
| *Defendant.* | : | |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE AND GOVERNMENT'S**
**UNOPPOSED MOTION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

The United States of America, by and through the United States Attorney for the District of Columbia, and counsel for defendant Stephen Horn, respectfully move this Court to continue the status conference set for July 8, 2021, at 10:00 a.m.   The government further moves the Court to exclude the period of the continuance from the computation of time under the Speedy Trial Act, which counsel for Horn does not oppose.  In support of the joint motion and the government's unopposed motion, the parties now state the following:

1.      On July 2, 2021, the government tendered a plea offer to Horn.

2.      Horn is still considering the government's plea offer, and the parties anticipate it will take some time to determine whether a pretrial disposition is possible in this case.

3.      A continuance of approximately 30 days will foster the parties' negotiations regarding a possible pretrial disposition.

4.      The government has provided preliminary discovery and the most relevant discovery of which it is currently aware.  Formal discovery will be provided further down the line in this case, and as described in the government's prior motion to continue and exclude time under the Speedy Trial Act (ECF No. 15), there is a large swath of potentially discoverable material,

including data of enormous size, that will take additional time for the government to organize and produce to the defense through a vendor.

5.      The government also moves the Court to exclude the period from July 8, 2021, until the continuance date from the computation of time under the Speedy Trial Act, 18 U.S.C. § 3161, for the reasons the government articulated in the prior motion (ECF No. 15) and because the continuance will further continued plea negotiations.  The government also requests the Court find that the ends of justice served by granting this continuance outweigh the best interests of the public and Horn in a speedy trial.  Counsel for Horn does not oppose this motion to exclude time under the Speedy Trial Act.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court GRANT this joint motion to continue the status conference, and the government requests that the Court grant its unopposed motion to exclude the period from July 8, 2021, until the next Court date from the computation of time under the Speedy Trial Act.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

/s/ Marshall Ellis
MARSHALL ELLIS
Counsel for Stephen Horn
N.C. Bar Number 47720
252-335-0871, ext. 335
mellis@hrem.com

BY:   /s/ Seth Adam Meinero
SETH ADAM MEINERO
Trial Attorney
Detailee
D.C. Bar Number 976587
United States Attorney's Office for the
  District of Columbia
202-252-5847
Seth.Meinero@usdoj.gov

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 6, 2021, I served a copy of this pleading on all parties to this matter through the Court's electronic case files system, and that Marshall Ellis, counsel for Stephen Horn, has authorized me to file this joint motion.

/s/ Seth Adam Meinero
SETH ADAM MEINERO
Trial Attorney
Detailee

4