# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | :    **Crim. No. 21-CR-301 (TJK)** |
| | : |
| **STEPHEN HORN,** | : |
|                   *Defendant.* | : |

## ORDER

Based upon the representations in the Joint Motion to Continue and the Government's Unopposed Motion to Exclude Time under the Speedy Trial Act, and upon consideration of the entire record, the Court makes the following findings:

Defendant is charged in a four-count information with violations of 18 U.S.C. § 1752(a)(1) and (a)(2) and 40 U.S.C. § 5104(e)(2)(C) and (D) that occurred at the United States Capitol on January 6, 2021. As articulated in the Government's prior Motion to Continue (ECF No. 15), the investigation and prosecution of the attack on the Capitol (hereinafter the Capitol Attack) on January 6, 2021, will likely be one of the largest in American history, both in terms of the number of defendants prosecuted and the nature and volume of the evidence. This investigation continues and the Government expects that additional individuals will be charged. As the Capitol Attack investigation is still ongoing, the number of defendants charged and the volume of potentially discoverable materials will only continue to grow. In short, even in cases involving a single defendant, the volume of discoverable materials is likely to be significant.

Moreover, the Government continues to develop a system for storing and searching, producing and/or making available voluminous materials accumulated, and ensuring that such system will be workable for both the Government and defense.

The Government and counsel for the Defendant have conferred on discovery issues and a potential disposition in this matter, and are still in discussions about forthcoming discovery and a potential pretrial resolution. As noted in the Joint Motion, the Government has already provided some discovery to the Defendant.

In this case, an ends-of-justice continuance is warranted under 18 U.S.C. § 3161(h)(7)(A) based on the factors described in 18 U.S.C. § 3161(h)(7)(B)(i)(ii) and (iv).

In sum, due to the number of individuals currently charged across the Capitol Attack investigation and the nature of those charges, the ongoing investigation of many other individuals, the volume and nature of potential discovery materials, and the reasonable time necessary for effective preparation by all parties taking into account the exercise of due diligence, the failure to grant such a continuance in this proceeding would be likely to make a continuation of this proceeding impossible, or result in a miscarriage of justice. Accordingly, the ends of justice served by granting a request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

In addition, a continuance is warranted because a continuance will provide additional time for the parties to continue talks aimed at a pretrial disposition.

Moreover, as set forth in this Court's Standing Order No. 21-10, the ongoing Coronavirus Disease 2019 (COVID-19) pandemic has also led to a variety of delays in the resumption of criminal trials in this District. *See In Re: Limited Resumption of Criminal Jury Trials in Light of Current Circumstances Relating to the COVID-19 Pandemic*, Standing Order No. 21-10 (BAH) (Mar. 5, 2021). Based on the findings in that Standing Order, which are incorporated herein, at least until August 31, 2021, no more than three trials can proceed in this District at any given time. The trials that will be prioritized are those in which defendants have been detained, that had

standing trial dates before the pandemic, or that involve few witnesses who need to travel from out-of-town. It is not possible, considering the health and safety measures outlined in Standing Order No. 21-10, for this case, involving an out-of-custody Defendant to proceed to trial in the next 60 days.

Therefore, it is this ____ day of July, 2021,

**ORDERED** that the Joint Motion to Continue is hereby GRANTED; it is further

**ORDERED** that this proceeding is continued to _____, 2021, at ____ _____; and it is further

**ORDERED** that the time period from the date of this Order through and including the date of the next hearing is hereby excluded from the computation of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

_____
THE HONORABLE TIMOTHY J. KELLY
UNITED STATES DISTRICT JUDGE