UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Crim. No. 21-CR-301 (TJK)** |
| : | |
| **STEPHEN HORN,** : | |
| *Defendant.* : | |

### JOINT MOTION TO RESCHEDULE STATUS CONFERENCE

The United States of America, by and through the United States Attorney for the District of Columbia, and counsel for defendant Stephen Horn, respectfully move this Court to reschedule the status conference in this matter set for August 4, 2021, at 10:00 a.m.  In support of the joint motion, the parties now state the following:

1. On July 6, 2021, the Court granted a joint motion of the parties to continue a previously scheduled status conference and set a new status-conference date for August 4, 2021, at 10:00 a.m.

2. Both undersigned counsel have scheduling conflicts on August 4, 2021.

3. After conferring with the Court's courtroom deputy, the parties propose rescheduling the status conference to one of the following dates:

- August 6, 2021 (anytime from 9:00 a.m. – Noon)
- August 16, 2021 (anytime all day)

4. The parties also request that the Court make an ends-of-justice finding under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, and exclude the period from August 4, 2021, until the continuance date from the computation of time under the Act.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court GRANT this joint motion to reschedule the status conference, and that the Court exclude the period from August 4, 2021, until the next Court date from the computation of time under the Speedy Trial Act.

Respectfully submitted,

|  |  |
|---|---|
| CHANNING D. PHILLIPS<br>Acting United States Attorney<br>D.C. Bar No. 415793<br><br>BY:  /s/ Seth Adam Meinero<br>SETH ADAM MEINERO<br>Trial Attorney<br>Detailee<br>D.C. Bar Number 976587<br>United States Attorney's Office for the<br> District of Columbia<br>202-252-5847<br>Seth.Meinero@usdoj.gov | /s/ Marshall Ellis<br>MARSHALL ELLIS<br>Counsel for Stephen Horn<br>N.C. Bar Number 47720<br>252-335-0871, ext. 335<br>mellis@hrem.com |

2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on July 7, 2021, I served a copy of this pleading on all parties to this matter through the Court's electronic case files system, and that Marshall Ellis, counsel for Stephen Horn, has authorized me to file this joint motion.

                                                                             */s/ Seth Adam Meinero*
                                                                              SETH ADAM MEINERO
                                                                              Trial Attorney
                                                                              Detailee