UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-CR-00301-TJK-1 |
| | : | |
| STEPHEN ETHAN HORN, | : | |
| | : | |
| *Defendant.* | : | |

**DEFENDANT'S UNOPPOSED MOTION TO
RESCHEDULE STATUS CONFERENCE AND
TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The Defendant, Stephen Ethan Horn, hereby moves this Court, by and through undersigned counsel, to reschedule the Status Hearing in this case, currently set for August 6, 2021, to either September 1, 2021 or September 2, 2021. To that end, he further moves the Court to exclude the delay caused by this requested continuance from being used to calculate the time within which the trial in this case must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv). In support of this motion, the Defendant states as follows:

1. On July 16, 2021, the Court granted a joint motion of the parties to continue a previously scheduled status conference and set a new status conference for August 6, 2021 at 11:00 a.m. *See* D.E. 20.

2. Mr. Horn's local counsel in this matter, Charles R. Haskell, who will be appearing with

    the undersigned Lead Counsel, has a conflict on the morning of August 6, 2021.[1]

3. Furthermore, the United States, upon information and belief, is still working to fulfill all of its discovery obligations in this case as to Mr. Horn. And, as the government has alluded in previous filings with this Court, such discovery is expected to be voluminous and ongoing.

4. The government also tendered a plea offer to Mr. Horn on July 2, 2021, and Mr. Horn is currently still contemplating his options as to the disposition of this matter going forward.

5. As such, Mr. Horn respectfully requests that the Status Conference again be rescheduled to a later date.

6. After conferring with counsel for the United States in this matter, Assistant United States Attorney Seth Adam Meinero, the Defendant proposes rescheduling the Status Conference to one of the following dates:

    - September 1, 2021 (9:00 am – 10:00 am or 11:00 am to Close of Business); or
    - September 2, 2021 (9:00 am – 10:00 am or 11:00 am to Close of Business).[2]

7. Lastly, to accommodate this request for rescheduling, Mr. Horn asks that the Court make an ends-of-justice finding under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, and exclude the period from August 6, 2021 until whenever the Court chooses to reschedule the Status Conference in this matter from the computation of time under the Act.

---

[1] For additional information on the conflict, please contact Mr. Haskell directly.
[2] If the Court finds neither of these proposed dates suitable, the parties will gladly re-confer and submit other proposed dates to the Court.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court GRANT this unopposed motion to reschedule the status conference, and that the Court exclude the period from August 6, 2021 until the next Court date from the computation of time under the Speedy Trial Act.

Respectfully submitted,

*/s/ Marshall H. Ellis*
MARSHALL H. ELLIS
301 East Main Street
Elizabeth City, NC 27909
Telephone: 252-335-0871
Fax: 252-335-4223
Email: mellis@hrem.com
N.C. State Bar No. 47720
Retained Counsel for the Defendant


*/s/ Charles R. Haskell*
CHARLES R. HASKELL
LAW OFFICES OF CHARLES R. HASKELL, P.A.
641 Indiana Ave. NW
Washington, DC 20004
(202) 888-2728
Email: charles@charleshaskell.com
DC Bar No. 888304007
Retained Counsel for the Defendant

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served upon:

SETH ADAM MEINERO
DOJ-USAO
555 4th St., NW
Washington, DC 20904
(202) 252-5847
Email: seth.meinero@usdoj.gov

by electronically filing the foregoing with the Clerk of Court on August 3, 2021, using the CM/ECF system which will send notification of such filing to the above.

    This the 3rd day of August, 2021.

                            ***/s/ Marshall H. Ellis***
                            MARSHALL H. ELLIS
                            301 East Main Street
                            Elizabeth City, NC 27909
                            Telephone: 252-335-0871
                            Fax: 252-335-4223
                            Email: mellis@hrem.com
                            N.C. State Bar No. 47720
                            Retained Counsel for the Defendant

                            ***/s/ Charles R. Haskell***
                            CHARLES R. HASKELL
                            LAW OFFICES OF CHARLES R. HASKELL, P.A.
                            641 Indiana Ave. NW
                            Washington, DC 20004
                            (202) 888-2728
                            Email: charles@charleshaskell.com
                            DC Bar No. 888304007
                            Retained Counsel for the Defendant