UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-301 |
| | : | |
| STEPHEN HORN, | : | |
| | : | |
| *Defendant.* | : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files an August 15, 2021, memorandum regarding status of discovery, which was served as an attachment to this notice via the Court's electronic case files system (ECF) on counsel for the defendant.

                                                Respectfully submitted,

                                                CHANNING D. PHILLIPS
                                                Acting United States Attorney
                                                D.C. Bar No. 415793

By:    */s/ Seth Adam Meinero*
           SETH ADAM MEINERO
           Trial Attorney
           Detailee
           D.C. Bar No. 976587
           United States Attorney's Office
            for the District of Columbia
           Federal Major Crimes Section
           555 4th Street, N.W.
           Washington, D.C. 20530
           202-252-5847
           Seth.Meinero@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 15, 2021, I served a copy of this pleading on the parties listed in ECF.

                                              */s/ Seth Adam Meinero*
                                              SETH ADAM MEINERO
                                              Trial Attorney
                                              Detailee
                                              United States Attorney's Office
                                               for the District of Columbia