UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-301 |
| | : | |
| **STEPHEN HORN,** | : | |
| | : | |
| *Defendant.* | : | |

**UNOPPOSED MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e), if applicable to this case. The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to codefendants who may later be joined.

The United States conferred with counsel for the defendant regarding this motion and counsel does not oppose the motion.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

        Respectfully submitted,

        CHANNING PHILLIPS
        Acting United States Attorney
        D.C. Bar No. 415793

By:      /s/
        SETH ADAM MEINERO
        Trial Attorney
        Detailee
        D.C. Bar No. 976587
        United States Attorney's Office for the
            District of Columbia
        555 4th Street, N.W.
        Washington, D.C. 20530
        202-252-5847
        Seth.Meinero@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 16, 2021, I served a copy of this pleading on the parties to this matter as indicated in the Court's Electronic Case Files system.

        /s/
        SETH ADAM MEINERO
        Trial Attorney
        Detailee