# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-301 (TJK) |
| | : | |
| **STEPHEN HORN,** | : | |
| | : | |
| *Defendant.* | : | |

## NOTICE OF FILING DISCOVERY MEMORANDUM

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files a memorandum regarding status of discovery as of August 23, 2021, which was served as an attachment to this notice via the Court's electronic case files system (ECF) on counsel for the defendant.

          Respectfully submitted,

          CHANNING D. PHILLIPS
          Acting United States Attorney
          D.C. Bar No. 415793

By:   */s/ Seth Adam Meinero*
       SETH ADAM MEINERO
       Trial Attorney
       Detailee
       D.C. Bar No. 976587
       United States Attorney's Office
        for the District of Columbia
       Federal Major Crimes Section
       555 4th Street, N.W.
       Washington, D.C. 20530
       202-252-5847
       Seth.Meinero@usdoj.gov

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on August 31, 2021, I served a copy of this pleading on the parties to this matter listed in ECF.

                */s/ Seth Adam Meinero*
                SETH ADAM MEINERO
                Trial Attorney
                Detailee
                United States Attorney's Office
                 for the District of Columbia