UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No. 21-CR-301 (TJK)** |
| | : | |
| **STEPHEN HORN,** | : | |
| *Defendant.* | : | |

## NOTICE OF FILING DISCOVERY MEMORANDUM

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its third memorandum related to the status of the government's ongoing discovery efforts in Capitol-riot cases.  This memorandum documents the progress of these efforts as of September 14, 2021, and is attached to this notice and filed via the Court's electronic case files system (ECF) on counsel for the defendant.

    Respectfully submitted,

    CHANNING D. PHILLIPS
    Acting United States Attorney
    D.C. Bar No. 415793


By:    */s/ Seth Adam Meinero*
    SETH ADAM MEINERO
    Trial Attorney
    Detailee
    D.C. Bar No. 976587
    Washington, DC 20530
    Seth.Meinero@usdoj.gov
    202-252-5847

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 18, 2021, I served a copy of this pleading on defendant's counsel through ECF.

                                            */s/ Seth Adam Meinero*
                                            SETH ADAM MEINERO
                                            Trial Attorney
                                            Detailee