# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 21-CR-301 (TJK) |
| **STEPHEN ETHAN HORN,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Michael G. James, who may be contacted by at (919) 856-4807 or email at Mike.James@usdoj.gov.  AUSA Michael G. James will be substituting for AUSA Seth Adam Meinero.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:  /s/ *Michael G. James*
MICHAEL G. JAMES
Assistant United States Attorney
Office of the United States Attorney
Eastern District of North Carolina
(on detail to the USAO-DC)
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
N.Y. Reg. No. 2481414

**CERTIFICATE OF SERVICE**

On this 8th day of October 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

<u>*s/ Michael G. James*</u>
MICHAEL G. JAMES
Assistant United States Attorney
Office of the United States Attorney
Eastern District of North Carolina
(on detail to the USAO-DC)
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
N.Y. Reg. No. 2481414