UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-301 (TJK) |
| | : | |
| **STEPHEN HORN,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Based upon the representations in the Second Joint Motion to Continue and the Government's Unopposed Motion to Exclude Time under the Speedy Trial Act, and upon consideration of the entire record, the Court makes the following findings:

Defendant is charged in a four-count information with violations of 18 U.S.C. § 1752(a)(1) and (a)(2) and 40 U.S.C. § 5104(e)(2)(C) and (D) that occurred at the United States Capitol on January 6, 2021. As articulated in the Government's prior Motion to Continue (ECF No. 15), the investigation and prosecution of the attack on the Capitol (hereinafter the Capitol Attack) on January 6, 2021, will likely be one of the largest in American history, both in terms of the number of defendants prosecuted and the nature and volume of the evidence. This investigation continues and the Government expects that additional individuals will be charged. As the Capitol Attack investigation is still ongoing, the number of defendants charged, and the volume of potentially discoverable materials will only continue to grow. In short, even in cases involving a single defendant, the volume of discoverable materials is likely to be significant.

Moreover, the Government continues to develop a system for storing and searching, producing and/or making available voluminous materials accumulated and ensuring that such system will be workable for both the Government and defense.

The Government and counsel for the Defendant have conferred on discovery issues and are still in discussions about forthcoming discovery. As noted in the Joint Motion, the Government continues to provide discovery to the Defendant. In this case, an ends-of-justice continuance is warranted under 18 U.S.C. § 3161(h)(7)(A) based on the factors described in 18 U.S.C. § 3161(h)(7)(B)(i)(ii) and (iv).

In sum, due to the number of individuals currently charged across the Capitol Attack investigation and the nature of those charges, the ongoing investigation of many other individuals, the volume and nature of potential discovery materials, and the reasonable time necessary for effective preparation by all parties taking into account the exercise of due diligence, the failure to grant such a continuance in this proceeding would be likely to make a continuation of this proceeding impossible, or result in a miscarriage of justice. Accordingly, the ends of justice served by granting a request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Therefore, it is this _____ day of November 2021,

**ORDERED** that the Joint Motion to Continue is hereby GRANTED; it is further

**ORDERED** that this proceeding is continued to _____, 2022, at _____ and it is further

**ORDERED** that the time period from the date of this Order through and including the date of the next hearing is hereby excluded from the computation of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

_____
TIMOTHY J. KELLY
UNITED STATES DISTRICT JUDGE