UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 21-CR-301 (TJK) |
| | : | |
| **STEPHEN HORN,** | : | |
| Defendant. | : | |

NOTICE OF FILING DISCOVERY MEMORANDA

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files the attached memoranda related to the status of the government's ongoing discovery efforts in Capitol-riot cases. The attached memoranda to this notice of filing document the progress of these efforts as of October 21, 2021 and November 5, 2021 and are filed via the Court's electronic case files system (ECF) on counsels for the defendant.

Respectfully submitted

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
DC Bar No. 481052

By: /s/ Michael G. James
MICHAEL G. JAMES
ASSISTANT UNITED STATES ATTORNEY
N.Y. Reg. No. 2481414
Office of the United States Attorney
Eastern District of North Carolina
(on detail to the USAO-D.C.)
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Mike.James@usdoj.gov
Telephone: (919) 856-4530