# NORTH CAROLINA CONCEALED HANDGUN PERMIT

PERMIT NO:   NC851483

EXPIRES:   11-03-2024      NEW

HORN,STEPHEN ETHAN

YOUNGSVILLE , NC 27596      WAKE

DL:                          RACE: W      SEX: M

DOB:                         HAIR: BRO

HT:   508      WT: 160       EYE: BLU

PERMITTEE: