UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case No. 1:21-CR-00301-TJK-1 |
| : | |
| STEPHEN ETHAN HORN, : | |
| : | |
| *Defendant.*   : | |

## ORDER AMENDING CONDITIONS OF RELEASE

Before the Court is the Defendant's motion to amend his conditions of release in this matter, D.E. 13. For good cause shown and pursuant to 18 U.S.C. § 3145(a)(2), it is hereby **ORDERED** that the condition prohibiting the Defendant's possession of a firearm, *see* D.E. 13 at 2, ¶7(k), is rescinded. The Defendant is no longer subject to this condition, but all other contents and conditions set forth in the release order remain unchanged and in full force and effect.

**SO ORDERED**.

This ___ day of December, 2021.

_____
TIMOTHY J. KELLY
United States District Judge