UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-301 (TJK) |
| | : | |
| STEPHEN HORN, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Pursuant to Rule 45(b)(1)(A) of the Federal Rules of Criminal Procedure, the government moves for a 14-day extension of time as measured from the current December 31, 2021 due date to January 14, 2022 to file a memorandum in opposition to the defendant's Motion to Amend Conditions of Release, Docket Entry 35.  The government represents the defendant consents to the motion.

For good cause shown, the court GRANTS the government's motion.  The government must file a response to the defendant's Motion to Amend Conditions of Release no later than January 14, 2021.

SO ORDERED this ___ day of _____, 20___.

_____
TIMOTHY J. KELLY
United States District Judge