# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 1:21-cr-00301-TJK |
| : | |
| STEPHEN HORN, : | |
| : | |
| Defendant. : | |

## NOTICE

The United States of America, by and through the United States Attorney for the District of Columbia, places the Court on notice of the filing of the defendant's signed acknowledgment of the protective order entered in this case which is attached hereto.  *See* ECF No. 17 (granting Motion for Protective Order).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Michael G. James*
MICHAEL G. JAMES
N.Y. Reg. No. 2481414
Office of the United States Attorney
Eastern District of North Carolina
(on detail to the USAO-D.C.)
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Mike.James@usdoj.gov
Telephone: (919) 856-4530

1

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on this 23rd day of February 2022, undersigned counsel served a copy of this notice on the defendant in this matter through the Court's electronic case files system.

By:     /s/ *Michael G. James*
            MICHAEL G. JAMES
            N.Y. Reg. No. 2481414
            Office of the United States Attorney
            Eastern District of North Carolina
            (on detail to the USAO-D.C.)
            150 Fayetteville Street, Suite 2100
            Raleigh, NC 27601
            Mike.James@usdoj.gov
            Telephone: (919) 856-4530