UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NO. 1:21-CR-00301-TJK-1

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **STEPHEN ETHAN HORN,** <br><br> *Defendant.* | **ORDER** |

Before the Court is the Defendant's unopposed Motion to Continue the June 17, 2022 Status Conference in this matter. For good cause shown, the motion is **GRANTED**, and the Status Conference in this matter is hereby continued to _____.

This Court has determined that the ends of justice served by granting this motion outweigh the best interest of the public and the Defendant in a speedy trial. As such, the delay occasioned by this continuance shall be excluded in computing the Defendant's speedy trial time. *See* 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED**.

This ___ day of June, 2022.

_____
TIMOTHY J. KELLY
United States District Judge