Exhibit Two

█████████

**From:** ████████████████████████████
**Sent:** ████████████████████████
**To:** ███████████████
**Subject:**        Fwd: Footage of Crimes Committed at US Capitol

████████████████████████████████████

---------- Forwarded message ---------
**From: Stephen Horn** <████████████████████████
**Date:** Fri, Jan 8, 2021, 1:16 PM
**Subject:** Footage of Crimes Committed at US Capitol
**To:** <investigationtips@ncdoj.gov>

Hi,

I am a NC citizen, and I have footage of crimes which were committed at the US Capitol on January 6th. I have tried to get in touch with the FBI, but have not heard back. I do not know whether any North Carolinians are implicated by this footage. Please let me know if this would be helpful to y'all.

Stephen Horn

1