UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NO. 1:21-CR-00301-TJK-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEPHEN ETHAN HORN,<br><br>*Defendant.* | ORDER |

Before the Court is the Defendant's unopposed Motion to Continue the March 17, 2023, Status Conference in this matter and to Exclude, from computations under the Speedy Trial Act, any delay caused by the requested continuance. For good cause shown, the motion is **GRANTED**, and the Status Conference in this matter is hereby continued to _____.

This Court has determined that the ends of justice served by granting this motion outweigh the best interest of the public and the Defendant in a speedy trial. As such, the delay occasioned by this continuance shall be excluded in computing the Defendant's speedy trial time. *See* 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED**.

This ___ day of March, 2023.

_____
TIMOTHY J. KELLY
United States District Judge