UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No. 21-CR-301 |
| v. | : |
| | : |
| STEPHEN ETHAN HORN, | : |
| | : |
| | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, hereby informs the Court that Trial Attorney Sonia Murphy is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Sonia W. Murphy*
SONIA W. MURPHY
Bar No. 483072
Assistant United States Attorney
601 D Street, NW
Washington, DC 20001
(202) 803-1612
Sonia.Murphy@usdoj.gov