## CERTIFICATE OF SERVICE

On this 11th day of April 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Sonia W. Murphy*
SONIA W. MURPHY
Assistant United States Attorney