# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No. 21-cr-301 (TJK) |
| **v.** : | |
| : | |
| **STEPHEN HORN,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The undersigned, on behalf of the United States of America, hereby informs the Court that the government will also be represented in the above-captioned matter by Trial Attorney Ashley Akers.

                          Respectfully submitted,

                          MATTHEW M. GRAVES
                          UNITED STATES ATTORNEY
                          D.C. Bar No. 481052

By:    */s/ Ashley Akers*
         ASHLEY AKERS
         MO Bar No. 69601
         Trial Attorney (Detailed)
         United States Attorney's Office
         601 D Street, N.W.
         Washington, DC 20001
         Phone: (202) 353-0521
         Email: Ashley.Akers@usdoj.gov