# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.                                                    Criminal Action No. 21-301 (TJK)

STEPHEN ETHAN HORN,

*Defendant*.

## SCHEDULING ORDER

The parties appeared before the Court on June 1, 2023, for a status conference in this matter.  As discussed at that conference, it is hereby **ORDERED** that:

1.      The United States shall notify Defendant of its intention to introduce any evidence pursuant to Fed. R. Evid. 404(b) by June 16, 2023;

2.      The parties shall file any pretrial motions, including motions pursuant to Fed. R. Crim. P. 12 and motions *in limine*, by July 7, 2023; oppositions to the motions shall be filed by July 21, 2023; and replies shall be filed by July 28, 2023;

3.      The parties shall file on the docket and submit to chambers in Microsoft Word format at Kelly_Chambers@dcd.uscourts.gov a Joint Pretrial Statement, which shall include the information set forth in Attachment A to this Order, by August 11, 2023;

4.      The parties shall appear for a motions hearing and pretrial conference on August 28, 2023, at 1:30 p.m. in Courtroom 11; and

5.      Jury selection and trial shall commence on September 13, 2023, at 9:00 a.m. in Courtroom 11.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: June 1, 2023

## Attachment A

The Joint Pretrial Statement shall include the following:

a.  <u>A one-paragraph joint statement</u> of the case for the Court to read to prospective jurors;

b.  <u>Proposed *voir dire* questions</u> that include:
    i.    The *voir dire* questions on which the parties agree; and
    ii.    The *voir dire* questions in which the parties disagree, with specific objections noted below each disputed question and supporting legal authority (if any);

c.  <u>Proposed jury instructions</u>, which are formatted so that each instruction begins on a new page, and indicate:
    i.    The instructions to which the parties agree;
    ii.    The instructions to which the parties disagree, with specific objections noted below each disputed instruction and supporting legal authority (if any); and
    iii.    The proposed instruction's source (e.g., the Red Book, Matthew Bender's Federal Jury Instructions), or, for modified or new instructions, its supporting legal authority;

d.  <u>A list of expert witnesses</u>, accompanied by a brief description of each witness's area of expertise and expected testimony, followed by specific objections (if any) to each witness;

e.  <u>A list of prior convictions</u> that the government intends to use for impeachment or any other purpose, followed by specific objections (if any) to that use;

f.  <u>A list of exhibits</u> that the government intends to offer during trial, with a brief description of each exhibit;

g.  <u>Any stipulations</u> executed or anticipated to be executed;

h.  <u>A list of lesser included offenses</u> for which any party may seek a jury instruction; and

i.  <u>A proposed verdict form</u> that includes a date and signature line for the jury foreperson, as well as proposed special interrogatories (if any).