

# NIGERIA UNION OF JOURNALISTS
## PLATEAU STATE COUNCIL

NUJ Secretariat, 6 Tudun Wada Road, Hill Station Junction, Jos, Plateau State Nigeria

nujplateaucouncil@gmail.com

**CHAIRMAN:**
Paul Jatau
piringkwap77@gmail.com
08035929564

**SECRETARY:**
Peter Amine
aminepet2015@gmail.com
07035505406

Motto: Truth and Justice

10th March, 2023

## TO WHOM IT MAY CONCERN

We want to acknowledge the journalistic work that Stephen Horn participated in that resulted in the exposure of the corrupt activities of a prominent Nigerian, Isaac Newton Wusu. Stephen accompanied Jeff Arnette and Dan Horn, his father, when they came to investigate some questionable financial practices related to a prosthetic clinic that Isaac Wusu's ministry, Voice of the Christian Martyrs of Nigeria (VOCM), was running with the support of Voice of the Martyr's USA (VOM).

After discovering that there was sexual improprieties taking place at the orphanage that VOCM and VOM ran, Stephen and his father interviewed and recorded the witnesses that came forward. After returning to the US as scheduled, they returned to Nigeria in March of 2016 specifically to do further investigation and recording of people who would relate what was happening at the Stephen's Centre orphanage (at some potential personal risk). This story was then picked up by many journalists that are part of the Nigerian Union of Journalists. His journalistic endeavors resulted in the shutdown of the Stephen's Centre and the protection of the girls that had been abused.

Yours Faithfully,

Paul Jatau
NUJ Chairman Plateau State Council