<span style="color:red">Exhibit Two</span>



**Stephen Horn**
January 7

I was in DC today when the capitol was stormed. This is the full, unedited footage I took. It contains mature content. A few notes about what I witnessed:

The people inside the capitol were not, by and large, antifa. If there were antifa involved in the criminality that occurred, they only formed a small percentage.

This was not a peaceful protest. I saw many instances of pushing against police officers, as well as a at least one instance where a barrage of projectiles was thrown. Once we were inside, it seemed there were at least as many in the crowd trying to actively prevent harm to police officers as there were who were trying to attack them or push them back.

I was a little surprised at the lack of property destruction I witnessed, compared to some of the left wing riots in Raleigh that happened this year. While I did see a broken mirror and other destruction in Rep. Pelosi's office, I did not see much destruction for destruction's sake.

I did not see the incident in which a woman was shot by capitol (now ID'd as Ashli Babbitt), I did see a man who appeared to have fallen from some height and was laying on an improvised stretcher. Someone who appeared to be examining him said he had broken both his legs. I don't know if this was accurate, or if he ended up being one of the three others confirmed to have died in "medical emergencies" at the scene.

I did not enter the capitol building as part of the protest, or for cheap thrills, but to accurately document and record a significant event which was taking place. Feel free to share, download, repost this video or any clip from it.

**BREAKING NEWS**: Rumble Announces A Major Step Towards Merging with NASDAQ: $CFVI      ✕

   Videos   | Search          Sign In

# The Storming of the US Capitol Building (west side) FULL & UNEDITED (1/6/21)

 SUBSCRIBE         JOIN

stephenehorn · Published January 7, 2021 · 877 Views

 SHARE



 8 rumbles            EMBED ↗

**BREAKING NEWS**: Rumble Announces A Major Step Towards Merging with NASDAQ: $CFVI   ✕



Videos | 🔍 ⬆ **Sign In**

I was in DC today when the capitol was stormed. This is the full, unedited footage I took. It contains mature content. A few notes about what I witnessed:

The people inside the capitol were not, by and large, antifa. If there were antifa involved in the criminality that occurred, they only formed a small percentage.

This was not a peaceful protest. I saw many instances of pushing against police officers, as well as a at least one instance where a barrage of projectiles was thrown. Once we were inside, it seemed there were at least as many in the crowd trying to actively prevent harm to police officers as there were who were trying to attack them or push them back.

I was a little surprised at the lack of property destruction I witnessed, compared to some of the left wing riots in Raleigh that happened this year. While I did see a broken mirror and other destruction in Rep. Pelosi's office, I did not see much destruction for destruction's sake.

I did not see the incident in which a woman was shot by capitol (now ID'd as Ashli Babbitt), I did see a man who appeared to have fallen from some height and was laying on an improvised stretcher. Someone who appeared to be examining him said he had broken both his legs. I don't know if this was accurate, or if he ended up being one of the three others confirmed to have died in "medical emergencies" at the scene.

I did not enter the capitol building as part of the protest, or for cheap thrills, but to accurately document and record a significant event which was taking place. Feel free to share, download, repost this video or any clip from it.

**SIGN IN TO SEE 2 COMMENTS**



**Protesters Storm U.S. Capitol Building**

👤 Just The News