**From:** ██████████████████████

**Sent:** ██████████████████████

**To:** ██████████

**Subject:** Fwd: Footage of Crimes Committed at US Capitol

██████████████████████████

---------- Forwarded message ---------

**From:** Stephen Horn <██████████████████

**Date:** Fri, Jan 8, 2021, 1:16 PM

**Subject:** Footage of Crimes Committed at US Capitol

**To:** <investigationtips@ncdoj.gov>

Hi,

I am a NC citizen, and I have footage of crimes which were committed at the US Capitol on January 6th. I have tried to get in touch with the FBI, but have not heard back. I do not know whether any North Carolinians are implicated by this footage. Please let me know if this would be helpful to y'all.

Stephen Horn