UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NO. 1:21-CR-00301-TJK-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEPHEN ETHAN HORN,<br><br>*Defendant.* | DEFENDANT'S MOTION TO EXCLUDE WITNESSES<br>(FRE 615) |

Defendant Stephen Ethan Horn, by and through undersigned counsel, respectfully moves that the Court order, pursuant to Rule 615 of the Federal Rules of Evidence, that the government's witnesses be excluded from his trial so that they cannot hear other witnesses' testimony.

Respectfully requested this 7th day of July, 2023.

/s/ Marshall H. Ellis
MARSHALL H. ELLIS
Hornthal, Riley, Ellis & Maland, LLP
301 East Main Street
Elizabeth City, NC 27909
Telephone: 252-335-0871
Fax: 252-335-4223
Email: mellis@hrem.com
N.C. State Bar No. 47720
Retained Counsel for the Defendant

/s/ Charles R. Haskell
Charles R. Haskell
LAW OFFICES OF CHARLES R. HASKELL, P.A.
641 Indiana Ave. NW
Washington, DC 20004
(202) 888-2728
Email: charles@charleshaskell.com
DC Bar No. 888304007
Retained Counsel for the Defendant

1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

ASHLEY AKERS
DOJ-CIV
Commercial Litigation Branch
1100 L Street Northwest
Washington, DC 20530
(202) 353-0521
Email: ashley.akers@usdoj.gov

SONIA WILLIAMS MURPHY
DOJ-CIV
Civil Division - Commercial Litigation Branch
1100 L Street NW
Washington, DC 20530
202-305-3067
Email: sonia.murphy@usdoj.gov

by electronically filing the foregoing with the Clerk of Court on July 7, 2023, using the CM/ECF system which will send notification of such filing to the above.

    This the 7th day of July, 2023.

                                        ***/s/ Marshall H. Ellis***
                                        MARSHALL H. ELLIS
                                        Hornthal, Riley, Ellis & Maland, LLP
                                        301 East Main Street
                                        Elizabeth City, NC 27909
                                        Telephone: 252-335-0871
                                        Fax: 252-335-4223
                                        Email: mellis@hrem.com
                                        N.C. State Bar No. 47720
                                        Retained Counsel for the Defendant


                                        ***/s/ Charles R. Haskell***
                                        CHARLES R. HASKELL
                                        LAW OFFICES OF CHARLES R. HASKELL, P.A.
                                        641 Indiana Ave. NW
                                        Washington, DC 20004
                                        (202) 888-2728
                                        Email: charles@charleshaskell.com
                                        DC Bar No. 888304007
                                        Retained Counsel for the Defendant