Exhibit Eight





