Exhibit Nine

**Author** Jr Vanhoy (Facebook: 100030394121594)
**Sent** 2020-11-04 03:15:32 UTC
**Body** Wyd

**Author** Stephen Horn (Facebook: 100050049165700)
**Sent** 2020-11-04 03:16:01 UTC
**Body** In Raleigh after reporting on the protest

**Author** Jr Vanhoy (Facebook: 100030394121594)
**Sent** 2020-11-04 03:16:23 UTC
**Body** Where

**Author** Jr Vanhoy (Facebook: 100030394121594)
**Sent** 2020-11-04 03:17:11 UTC
**Body** Im on blount heading towards Moore Square

**Author** Stephen Horn (Facebook: 100050049165700)
**Sent** 2020-11-04 03:17:27 UTC
**Body** Wilmington and cabarrus

**Author** Stephen Horn (Facebook: 100050049165700)
**Sent** 2020-11-04 03:21:04 UTC