Exhibit Ten

