**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Case No. 21-cr-301 (TJK)** |
| | : | |
| **STEPHEN ETHAN HORN,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT PRETRIAL STATEMENT**

Pursuant to the Court's Order, the parties hereby jointly submit this pretrial statement in advance of the September 13, 2023 trial in this matter.

**A.      Joint Statement of the Case**

The United States has charged Stephen Horn with four crimes.  The context for the charges involves what happened at the United States Capitol on January 6, 2021.  Count One charges Mr. Horn with entering and remaining in a restricted building or grounds. Count Two charges Mr. Horn with disorderly and disruptive conduct in a restricted building or grounds. Count Three charges Mr. Horn with violent entry and disorderly conduct in a Capitol building.  And Count Four charges Mr. Horn with parading, demonstrating, or picketing in a Capitol building.  Mr. Horn has plead not guilty to all four charges.

**B.      Proposed Voir Dire Questions**

The parties' jointly proposed *voir dire* questions are set forth in Attachment 1.  The defendant has proposed additional *voir dire* questions which are also included in Attachment 1, along with the Government's position.

**C.      Proposed Jury Instructions**

The parties' proposed jury instructions are set forth in Attachment 2.  To the extent the parties object to any proposed instructions, those objections are noted.

**D.      List of Expert Witnesses**

At this time, the parties do not anticipate sponsoring the testimony of expert witnesses at trial.

**E.      List of Prior Convictions**

Mr. Horn has no prior convictions.

**F.      List of Government Exhibits**

The list of government exhibits is attached as Attachment 3. The exhibit list was compiled in a good-faith effort to identify all trial evidence that is known or identified at this time. The government reserves the right to supplement this list or to remove items from the list, as it develops additional evidence throughout trial preparations and to streamline the presentation of its case. The government also reserves the right to introduce any evidence produced to the defense in discovery.

**G.      Stipulations**

The government has proposed approximately 13 stipulations regarding the Capitol building and grounds, the certification of the electoral college vote, the U.S. Capitol Police closed circuit video monitoring, officers from the U.S. Capitol Police and Washington, D.C. Metropolitan Police Department, body worn camera, defendant video, open source videos, videos recovered from other sources, photographs and screen captures, the U.S. Capitol Police montage video, stipulated testimony, defendant's identification, and social media.

The Defendant has indicated that he does not wish to enter into any of the Government's proposed stipulations.

**H.      Lesser Included Offenses**

There are no lesser included offenses for which any party seeks a jury instruction.

**I.      Proposed Verdict Form**

Proposed verdict forms are included as Attachment 4.


FOR THE DEFENDANT                              FOR THE UNITED STATES

STEPHEN ETHAN HORN                            MATTHEW M. GRAVES
Defendant                                     United States Attorney
                                              D.C. Bar No. 481052


_____*/s/*_____                             _____*/s/*_____
MARSHALL H. ELLIS                             SONIA W. MURPHY
Hornthal, Riley, Ellis & Maland, LLP          Trial Attorney (Detailed)
301 East Main Street                          D.C. Bar No. 483072
Elizabeth City, NC 27909                      sonia.murphy@usdoj.gov
Telephone: 252-335-0871                       (202) 305-3067
Fax: 252-335-4223
Email: mellis@hrem.com
N.C. State Bar No. 47720                      _____*/s/*_____
                                              ASHLEY AKERS
CHARLES R. HASKELL                            Trial Attorney (Detailed)
LAW OFFICES OF CHARLES HASKELL,               MO Bar No. 69601
P.A.                                          Ashley.akers@usdoj.gov
641 Indiana Avenue, N.W.                      (202) 353-0521
Washington, D.C. 20004
(202) 888-2728
Email: charles@charleshaskell.com
D.C. Bar No. 888304007

3