|               |     |                              |     |
|---------------|-----|------------------------------|-----|
| Government    | ☒   | UNITED STATES OF AMERICA     |     |
| Plaintiff     | ☐   | VS.                          | Civil/Criminal No. __21-cr-301-TJK__ |
| Defendant     | ☐   | STEPHEN ETHAN HORN           |     |
| Joint         | ☐   |                              |     |
| **Court**     | ☐   |                              |     |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 100 Series | *Congressional Proceeding* | | | | |
| 101 | Senate Congressional Record (Vol. 167, No. 4, S13 -S42) | | | | |
| 102 | House Congressional Record (Vol. 167, No. 4, H75 – H117) | | | | |
| 103 | Congressional Record Video Montage | | | | |
| 104 | Certificate of Authenticity - Senate Recording Studio (Diego Torres) | | | | |
| 105 | Certificate of Authenticity - House Recording Studio (Douglas Massengale) | | | | |
| 200 Series | *U.S. Capitol Police Exhibits* | | | | |
| 201 | United States Capitol Police Compilation Video | | | | |

1

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 202 | Capitol Police Board Order 20.14 (Closure of West Front for Inauguration Preparation) | | | | |
| 203 | Three-Dimensional Depiction of Capitol | | | | |
| 204 | Area Closed Signs on Bike Rack | | | | |
| 205 | Area Closed Sign | | | | |
| 206 | Aerial Photo of the Capitol Building and Grounds | | | | |
| 207 | Area Closed Signs on Fencing | | | | |
| 208 | Map of Restricted Perimeter | | | | |
| 209 | Area Closed Sign on Green Snow Fencing | | | | |
| 210 | Capitol Model | | | | |
| 211 | Torn Area Closed Sign | | | | |
| 212 | U.S. Capitol with Area Closed Signs | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 213 | Area Closed Sign Peace Circle | | | | |
| 214 | Area Closed Sign Zoomed In | | | | |
| 215 | U.S. Capitol Floor Plan - First Floor | | | | |
| 216 | U.S. Capitol Floor Plan - Second Floor | | | | |
| 217 | U.S. Capitol Police Ground Closure Announcement (PDF) | | | | |
| 218 | U.S. Capitol Grounds Map | | | | |
| 300 Series | ***Secret Service Exhibits*** | | | | |
| 301 | HOS Notification – Visit of Vice President Michael Pence, Mrs. Pence, and Charlotte Pence to the U.S. Capitol (S-214_House and Senate Floors) on Wednesday January 6 (PDF) | | | | |
| 302 | USSS HOS Notification – Vice President Pence 01.06.21 9 (REDACTED) (PDF) | | | | |
| 303 | USSS-3 – VP Pence departing Senate members staircase (public version).mp4 | | | | |
| 304 | USSS-2 – East Side of the Capitol: VP vehicles moving | | | | |

3

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 400 Series | **U.S. Capitol CCTV Footage** | | | | |
| 401 | Senate Wing Door_1 | | | | |
| 402 | Senate Wing Door_2 | | | | |
| 403 | Memorial Door | | | | |
| 404 | Statuary Hall Connector_1 | | | | |
| 405 | Statuary Hall Connector_2 | | | | |
| 406 | Statuary Hall Connector_3 | | | | |
| 407 | USCH Hallway | | | | |
| 408 | Crypt North | | | | |
| 409 | Rotunda Door Interior | | | | |
| 410 | USCH 02 H230_1 | | | | |
| 411 | USCH 02 H230_2 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 412 | Rotunda South | | | | |
| 413 | Statuary Hall West | | | | |
| 500 Series | *Defendant Video & Social Media* | | | | |
| 501 | Horn Facebook Return | | | | |
| 502 | Horn Facebook Profile Picture | | | | |
| 503 | Horn Facebook Post (January 7, 2021) | | | | |
| 504 | Facebook Certificate of Authenticity | | | | |
| 505 | Video Recorded by Horn (January 6, 2021) | | | | |
| 506 | Horn FBI Interview (January 15, 2021) | | | | |
| 507 | Horn Facebook Screenshot (January 2021) | | | | |
| 508 | Horn Youtube Interview | | | | |
| 509 | Facebook Post_1 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) | |
|---|---|---|---|---|---|---|
| 510 | Facebook Post_2 | | | | | |
| 511 | Facebook Post_3 | | | | | |
| 512 | Facebook Post_4 | | | | | |
| 513 | Facebook Post_5 | | | | | |
| 514 | Facebook Post_6 | | | | | |
| 515 | Facebook Post_7 | | | | | |
| 516 | Facebook Post_8 | | | | | |
| 517 | Facebook Post_9 | | | | | |
| 518 | Facebook Post_10 | | | | | |
| 519 | Facebook Post_11 | | | | | |
| 520 | Facebook Post_12 | | | | | |
| 521 | Facebook Post_13 | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) | |
|---|---|---|---|---|---|---|
| 522 | Facebook Post_14 | | | | | |
| 523 | Facebook Post_15 | | | | | |
| 524 | Facebook Post_16 | | | | | |
| 525 | Facebook Post_17 | | | | | |
| 526 | Facebook Post_18 | | | | | |
| 527 | Facebook Post_19 | | | | | |
| 528 | Facebook Post_20 | | | | | |
| 529 | Facebook Post_21 | | | | | |
| 530 | Facebook Post_22 | | | | | |
| 531 | Facebook Post_23 | | | | | |
| 532 | Facebook Post_24 | | | | | |
| 533 | Facebook Post_25 | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) | |
|---|---|---|---|---|---|---|
| 534 | Facebook Post_26 | | | | | |
| 535 | Facebook Post_27 | | | | | |
| 536 | Facebook Post_28 | | | | | |
| 537 | Facebook Post_29 | | | | | |
| 538 | Facebook Post_30 | | | | | |
| 539 | Facebook Post_31 | | | | | |
| 540 | Facebook Post_32 | | | | | |
| 541 | Facebook Post_33 | | | | | |
| 542 | Facebook Post_34 | | | | | |
| 543 | Facebook Post_35 | | | | | |
| 544 | Facebook Post_36 | | | | | |
| 545 | Facebook Post_37 | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) | |
|---|---|---|---|---|---|---|
| 546 | Facebook Post_38 | | | | | |
| 547 | Facebook Post_39 | | | | | |
| 548 | Facebook Post_40 | | | | | |
| 549 | Facebook Post_41 | | | | | |
| 550 | Facebook Post_42 | | | | | |
| 551 | Facebook Post_43 | | | | | |
| 552 | Facebook Post_44 | | | | | |
| 553 | Facebook Post_45 | | | | | |
| 554 | Facebook Post_46 | | | | | |
| 555 | Facebook Post_47 | | | | | |
| 556 | Facebook Post_48 | | | | | |
| 557 | Facebook Post_49 | | | | | |

9

9

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) | |
|---|---|---|---|---|---|---|
| 558 | Facebook Post_50 | | | | | |
| 559 | Facebook Post_51 | | | | | |
| 560 | Facebook Post_52 | | | | | |
| 561 | Facebook Post_53 | | | | | |
| 562 | Facebook Post_54 | | | | | |
| 563 | Facebook Post_55 | | | | | |
| 564 | Facebook Post_56 | | | | | |
| 565 | Facebook Pist_57 | | | | | |
| 566 | Facebook Post_58 | | | | | |
| 567 | Facebook Post_59 | | | | | |
| 568 | Facebook Post_60 | | | | | |
| 569 | Facebook Post_61 | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) | |
|---|---|---|---|---|---|---|
| 570 | Facebook Post_62 | | | | | |
| 571 | Facebook Post_63 | | | | | |
| 572 | Facebook Post_64 | | | | | |
| 573 | Facebook Post_65 | | | | | |
| 574 | Facebook Post_66 | | | | | |
| 575 | Facebook Post_67 | | | | | |
| 576 | Facebook Post_68 | | | | | |
| 577 | Facebook Post_69 | | | | | |
| 578 | Facebook Post_70 | | | | | |
| 579 | Facebook Post_71 | | | | | |
| 580 | Facebook Post_72 | | | | | |
| 581 | Facebook Post_73 | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 582 | Facebook Post_74 | | | | |
| 583 | Facebook Post_75 | | | | |
| 584 | Facebook Post_76 | | | | |
| 585 | Facebook Post_77 | | | | |
| 586 | Facebook Post_78 | | | | |
| 587 | Facebook Post_79 | | | | |
| 588 | Facebook Post_80 | | | | |
| 589 | Facebook Post_81 | | | | |
| 590 | Facebook Post_82 | | | | |
| 591 | Facebook Post_83 | | | | |
| 592 | Facebook Post_84 | | | | |
| 593 | Facebook Post_85 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 594 | Facebook Post_86 | | | | |
| 595 | Facebook Post_87 | | | | |
| 596 | Facebook Post_88 | | | | |
| 597 | Facebook Post_89 | | | | |
| 598 | Facebook Post_90 | | | | |
| 599 | Facebook Post_91 | | | | |
| 599.1 | Facebook Post_92 | | | | |
| 599.2 | Facebook Post_93 | | | | |
| 599.3 | Facebook Post_94 | | | | |
| 599.4 | Facebook Post_95 | | | | |
| 599.5 | Facebook Post_96 | | | | |
| 599.6 | Facebook Post_97 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 599.7 | Facebook Post_98 | | | | |
| 599.8 | Facebook Post_99 | | | | |
| 600 Series | *Open Source Video & Photographs* | | | | |
| 601 | Photograph: Horn on Statute (New York Times Magazine Instagram) | | | | |
| 602 | Photograph: Horn on Statute | | | | |
| 603 | Photograph: Horn on Statute (New York Times Magazine Instagram with caption) | | | | |
| 604 | Horn Jacket | | | | |
| 605 | Horn Helmet | | | | |
| 606 | Horn Helmet 2 | | | | |
| 607 | Horn Jacket with ammo | | | | |
| 608 | Open Source Video 1: ProPublica (7:20) | | | | |
| 609 | Open Source Video 2: NW Path | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 610 | Open Source Video 3: West Lawn by Wall | | | | |
| 611 | Open Source Video 4: NW Steps | | | | |
| 612 | Open Source Video 5: NW Steps 2 | | | | |
| 613 | Open Source Video 6: Crypt Youtube | | | | |
| 614 | Open Source Video 7: Stairs to Pelosi's Office Youtube | | | | |
| 615 | Open Source Video 8: Rotunda Youtube | | | | |
| 616 | Open Source Video 9: Rotunda 2 | | | | |
| 617 | Open Source Video 10: West Rotunda doorway | | | | |
| 618 | Open Source Video 11: West Rotunda doorway 2 | | | | |
| 619 | Open Source Video 12: West Rotunda doorway 3 | | | | |
| 620 | Open Source Video 13: Rotunda 3 | | | | |
| 621 | Open Source Photo 14: Statutory Hall | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 622 | Open Source Video 15: Hallway | | | | |
| 623 | Open Source Video 16: JaydenX | | | | |
| 624 | Open Source Video 17: Los Angeles Times | | | | |
| 625 | Open Source Video 18: House Doors | | | | |
| 626 | Open Source Photo 19: Pelosi's Office | | | | |
| 627 | Open Source Photo 20: Smoky Hallway | | | | |
| 628 | Open Source Video 21: Smoky Hallway 2 | | | | |
| 629 | Open Source Video 22: Smoky Hallway 3 | | | | |
| 630 | Open Source Video 23: Statutory Hall 2 | | | | |
| 631 | Open Source Video 24: East Foyer | | | | |
| 632 | Open Source Video 25: East Foyer 2 | | | | |
| 633 | Open Source Video 26: East Rotunda Doors | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 634 | Open Source Video 27: East Rotunda Doors 2 | | | | |
| 635 | Open Source Video 28: East Rotunda Doors 3 | | | | |
| 636 | Open Source Video 29: Exiting Central East Doors | | | | |
| 637 | Open Source Video 30: East Front | | | | |
| 638 | Open Source Video 31: East Steps | | | | |
| 639 | Open Source Video 32: Bottom of East Steps | | | | |
| 640 | Open Source Video 33: East Steps 2 | | | | |
| 641 | Open Source Video 34: East Front | | | | |
| 642 | Open Source Video 35: East Front 2 | | | | |
| 643 | Open Source Video 36: East Front 3 | | | | |
| 700 Series | ***Body Worn Camera (BWC) Footage*** | | | | |
| 701 | MPD Body Worn Camera | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 702 | MPD Body Worn Camera | | | | |
| 703 | MPD Body Worn Camera | | | | |
| 704 | MPD Body Worn Camera | | | | |
| 705 | MPD Body Worn Camera | | | | |
| 706 | MPD Body Worn Camera | | | | |
| 707 | MPD Body Worn Camera | | | | |
| 708 | MPD Body Worn Camera | | | | |
| 709 | MPD Body Worn Camera | | | | |
| 800 Series | **Stipulations** | | | | |
| | *To be filled in, if agreed upon* | | | | |