UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No. 21-cr-301 (TJK) |
| | : | |
| **STEPHEN ETHAN HORN,** | : | |
| | : | |
| **Defendant.** | : | |

## VERDICT FORM

Please indicate your verdict with a check mark. Your verdict as to each count must be unanimous.

**Count One:** Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(1)

_____        _____
Guilty                                  Not Guilty

**Count Two:** Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)

_____        _____
Guilty                                  Not Guilty

**Count Three:** Disorderly and Disruptive Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(D)

_____        _____
Guilty                                  Not Guilty

**Count Four:** Parading, Demonstrating, or Picketing in a Capitol Building
 40 U.S.C. § 5104(e)(2)(G)

_____                              _____
Guilty                                                      Not Guilty

Date:          September \_\_\_\_, 2023

Time:                                                  _____
                                                             Signature of Foreperson

2