UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
NO. 1:21-CR-00301-TJK-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEPHEN ETHAN HORN,<br><br>*Defendant.* | DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF HIS MOTION TO DISMISS (D.E. 58) |

Pending before the Court is Defendant Stephen Ethan Horn's motion to dismiss his charges based on selective prosecution. *See* D.E. 58, 70, and 71. When this motion was filed, Mr. Horn believed claims of selective prosecution and selective enforcement served the same purpose, derived from the same part of the Constitution (the equal protection component of the Fifth Amendment's Due Process Clause), and were "subject to the same 'demanding' standard." *See United States v. Ethan Nordean*, No. 1:21-cr-00175-TJK-1 (D.D.C.), D.E. 378 at 1–2 (citations omitted).

This standard requires Mr. Horn to make two showings. First, he must demonstrate that the government's decision to prosecute him has "had a discriminatory effect." *Id.* at 2 (citations omitted). Second, he must show that the government's decision to charge him but not others with whom he is similarly situated was "improperly motivated, i.e., based on race, religion or another arbitrary classification." *See Branch Ministries v. Rossotti*, 211 F.3d 137, 144 (D.C. Cir. 2000) (citation and quotation marks omitted).

While Mr. Horn maintains his previous filings have met this "rigorous" standard, *United States v. Armstrong*, 517 U.S. 456, 468 (1996), the D.C. Circuit recently "recognize[d] a separate First Amendment selective enforcement claim that requires no showing of animus." *See Frederick Douglass Found., Inc. v. D.C.*, No. 21-7108, 2023 WL 5209556, at *13 n.12 (D.C.

1

Cir. Aug. 15, 2023). *See also id.* at *12 ("we reject the District's argument that discriminatory motive is required for a First Amendment selective enforcement claim").

Thus, "to make out a First Amendment selective enforcement claim, [a defendant] is not required to [prove] discriminatory intent." *Id.* Instead, the fact of being singled out for prosecution alone may establish the claim if an individual's First Amendment rights are at stake and the law has not been enforced against others with whom the individual is similarly situated. *See id.* at 5 (stating that a defendant must "demonstrate he was singled out for enforcement 'from among others similarly situated'" (quoting *Branch Ministries*, 211 F.3d at 144)). *See also Douglass*, 2023 WL 5209556, at *12 ("A benign purpose does not defeat a claim that the government has selectively enforced the laws in violation of the First Amendment.").

Mr. Horn submits this notice and relies upon *Douglass* in further support of his motion to dismiss his charges, if not for selective prosecution, then due to selective enforcement.

Respectfully submitted this 23rd day of August, 2023.

*/s/ Marshall H. Ellis*
MARSHALL H. ELLIS
Hornthal, Riley, Ellis & Maland, LLP
301 East Main Street
Elizabeth City, NC 27909
Telephone: 252-335-0871
Fax: 252-335-4223
Email: mellis@hrem.com
N.C. State Bar No. 47720
Retained Counsel for the Defendant

*/s/ Charles R. Haskell*
Charles R. Haskell
LAW OFFICES OF CHARLES R. HASKELL, P.A.
641 Indiana Ave. NW
Washington, DC 20004
(202) 888-2728
Email: charles@charleshaskell.com
DC Bar No. 888304007
Retained Counsel for the Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

Ashley Akers
DOJ-CIV
Commercial Litigation Branch
1100 L Street Northwest
Washington, DC 20530
(202) 353-0521
Email: ashley.akers@usdoj.gov

Sonia Williams Murphy
DOJ-CIV
Civil Division - Commercial Litigation Branch
1100 L Street NW
Washington, DC 20530
202-305-3067
Email: sonia.murphy@usdoj.gov

by electronically filing the foregoing with the Clerk of Court on August 23, 2023, using the CM/ECF system which will send notification of such filing to the above.

  This the 23rd day of August, 2023.

                ***/s/ Marshall H. Ellis***
                MARSHALL H. ELLIS
                Hornthal, Riley, Ellis & Maland, LLP
                301 East Main Street
                Elizabeth City, NC 27909
                Telephone: 252-335-0871
                Fax: 252-335-4223
                Email: mellis@hrem.com
                N.C. State Bar No. 47720
                Retained Counsel for the Defendant


                ***/s/ Charles R. Haskell***
                CHARLES R. HASKELL
                LAW OFFICES OF CHARLES R. HASKELL, P.A.
                641 Indiana Ave. NW
                Washington, DC 20004
                (202) 888-2728
                Email: charles@charleshaskell.com
                DC Bar No. 888304007
                Retained Counsel for the Defendant