# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

STEPHEN ETHAN HORN,

*Defendant*.

Criminal Action No. 21-301 (TJK)

## COURT'S PROPOSED VOIR DIRE

1. This is a criminal case. The United States has charged Stephen Ethan Horn with violating four separate federal criminal laws based on his conduct at the United States Capitol on January 6, 2021. The specific offenses with which Mr. Horn is charged are: (1) entering and remaining in a restricted building or grounds; (2) disorderly and disruptive conduct in a restricted building or grounds; (3) disorderly conduct in a Capitol building; and (4) parading, demonstrating, or picketing in a Capitol building. Mr. Horn has pled not guilty to all charges. Do you know or has anyone heard of Mr. Horn?

2. During this trial you will hear about some of the events at the United States Capitol on January 6, 2021. Were you, any member of your immediate family, or a close personal friend present at the U.S. Capitol on January 6, 2021?

3. Do you, any member of your immediate family, or a close personal friend, live or work near or have any special familiarity with the immediate area of the U.S. Capitol?

4. Have you watched any video of what happened at the U.S. Capitol on January 6, 2021, on television on the internet, or in any other way?

5. As far as you know, have you watched any video of Mr. Horn relating to January 6, 2021, on television, on the internet, or in any other way?

6. Have you followed the investigations of the events of January 6, 2021, at the U.S. Capitol?

7. I will be instructing the jury that it may consider only evidence that was properly admitted in this case, and the law as I instruct it, and not anything jurors may have seen or heard outside this courtroom about the events at the U.S. Capitol on January 6, 2021. Is there any reason it would be difficult for you to set aside whatever you may have seen or heard and whatever feelings or opinions you have about those events, to follow these instructions, and to be a fair and impartial juror in this case?

8. The government is represented in this case by Trial Attorneys Sonia Murphy and Ashley Akers, assisted by paralegal Brianna Rummens, all of whom work at the United States Attorney's Office here in Washington, D.C. Also at counsel table is FBI Special Agent Craig Noyes. Mr. Horn is represented by Marshall Ellis and Charles Haskell. Do you know any of these people?

9. During the trial, you may hear testimony from or about several people in the government's case: (List will be provided by government counsel). The defense is not obligated to call any witnesses. However, you may also hear testimony from or about the following additional people: (List will be provided by defense counsel). Do you know any of these people?

10. Do you know anyone else on the prospective jury panel, the courtroom staff, or me?

11. [The next three questions relate to you, members of your immediate family, and close personal friends.] Does anyone in that group now work for or with, or has anyone in that group ever worked for or with, any law enforcement agency? This includes any police department in or outside the District of Columbia, special police officers, prosecutors' offices such as the state's attorney or U.S. Attorney, U.S. Capitol Police, U.S. Park Police, the FBI, Department of Justice, Department of Homeland Security, sheriffs' departments, U.S. Secret Service, or any other law enforcement agency.

12. Has any member of that group ever gone to law school, worked as a lawyer, or worked in a law office of any kind?

13. Has any member of that group ever been investigated for, arrested for, charged with, or convicted of a crime, or been a victim of or witness to a crime?

14. Have you previously served on a grand jury or a trial jury?

15. I will be instructing the jury at the end of the trial that the testimony of a law enforcement officer should be treated the same as the testimony of any other witness and that the jury should not give either greater or lesser weight to the testimony of a witness simply because that witness works in law enforcement. Do you have such strong feelings about law enforcement—either positive or negative—that it would be difficult for you to follow this instruction or be a fair and impartial juror in the case?

16. Mr. Horn has entered a plea of not guilty to all the charges. In a criminal case, a defendant is presumed innocent unless and until the government proves her guilt beyond a reasonable doubt. Will you have any difficulty accepting or applying this rule of law?

17. Because Mr. Horn is presumed innocent, he has no obligation to testify or present any evidence in the case. I will instruct you that, if he chooses not to testify, you may not hold it against him in any way. Will you have any difficulty following this instruction?

18. If you are selected as a juror and hear this case, you will be required to deliberate with 11 other jurors. This will require you to discuss the evidence and the law in this case with the 11 other jurors. Is there anything that leads you to believe that you might be unable or unwilling to engage in such discussion with others?

19. Do you have a hearing problem such that it would make it difficult for you to hear testimony, or an eyesight problem that would make it difficult for you to view or read evidence, or any other physical or mental condition that would make it difficult for you to serve as a juror?

20. Are you presently experiencing any medical condition, including taking any medication that might cause drowsiness, that might in any way affect your ability to serve as a juror or give your full attention to this case?

21. Do you have any difficulty understanding the English language?

22. This trial should last about 3 days, but it could run longer. Would serving as a juror in this case be an extreme hardship to you?

23. If you are selected as a juror in this case, I will instruct you to avoid all media coverage of this case or Mr. Horn, including radio, television, podcasts, and social media, and not to use the internet with regard to this case or Mr. Horn for any purpose. That is, you will be forbidden from reading newspaper articles about this case or Mr. Horn, listening to radio and podcast stories about this case or Mr. Horn, watching TV news about this case or Mr. Horn, googling this case or Mr. Horn, blogging or tweeting about this case or Mr. Horn, or reading or posting comments about this case or Mr. Horn on any social media sites. Do you have any reservations or concerns about your ability or willingness to follow this instruction?

24. My final question is what I call my "catch-all question." This asks whether there is any other reason that I haven't asked about that might make it difficult for you to sit fairly, impartially, and attentively as a juror. For example, perhaps you have a religious, moral, or philosophical reason that you believe would make it hard for you to be fair. In sum, is there some other reason that would make it difficult for you to sit as a fair and impartial juror in this case, and base your verdict only on the evidence you hear and the law as I instruct you?