UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 21-cr-301 (TJK) |
| | : | |
| STEPHEN ETHAN HORN, | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

Pursuant to the Court's Order of August 28, 2023 (ECF No. 76), the parties hereby submit this joint status report setting forth their proposal for deadlines discussed at the pre-trial conference.

| Event | Parties Proposed Date |
|---|---|
| Government Provides Trial Exhibits to Defendant | September 5, 2023 |
| Defendant Provides Trial Exhibits to the Government | September 8, 2023 |
| Parties Exchange Opening Statement Powerpoints/Demonstratives | September 11, 2023 no later than 10am |
| Parties Submit any Objections/Issues for Resolution by Judge Kelly | September 11, 2023 no later than 5pm |
| Parties Provide Trial Exhibits to Judge Kelly's Chambers | September 12, 2023 |

The parties expect this case to proceed to trial, but are working to reach certain stipulations that are expected to streamline the presentation of evidence at trial.

| FOR THE DEFENDANT | FOR THE UNITED STATES |
|---|---|
| STEPHEN ETHAN HORN<br>Defendant | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |
| _/s/_<br>MARSHALL H. ELLIS<br>Hornthal, Riley, Ellis & Maland, LLP<br>301 East Main Street<br>Elizabeth City, NC 27909<br>Telephone: 252-335-0871<br>Fax: 252-335-4223<br>Email: mellis@hrem.com<br>N.C. State Bar No. 47720 | _/s/_<br>SONIA W. MURPHY<br>Trial Attorney (Detailed)<br>D.C. Bar No. 483072<br>sonia.murphy@usdoj.gov<br>(202) 305-3067 |
| CHARLES R. HASKELL<br>LAW OFFICES OF CHARLES HASKELL, P.A.<br>641 Indiana Avenue, N.W.<br>Washington, D.C. 20004<br>(202) 888-2728<br>Email: charles@charleshaskell.com<br>D.C. Bar No. 888304007 | _/s/_<br>ASHLEY AKERS<br>Trial Attorney (Detailed)<br>MO Bar No. 69601<br>Ashley.akers@usdoj.gov<br>(202) 353-0521 |