| Government | ☒ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

### UNITED STATES OF AMERICA
### VS.
### STEPHEN ETHAN HORN

Civil/Criminal No. __21-cr-301-TJK__

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 100 Series | *Congressional Proceeding* | | | | |
| 101 | Senate Congressional Record (Vol. 167, No. 4, S13 -S42) | | | | |
| 102 | House Congressional Record (Vol. 167, No. 4, H75 – H117) | | | | |
| 103 | Congressional Record Video Montage | 9-14-2023 | 9-14-2023 | G. McCree | |
| 104 | Certificate of Authenticity - Senate Recording Studio (Diego Torres) | | | | |
| 105 | Certificate of Authenticity - House Recording Studio (Douglas Massengale) | | | | |
| 106 | Certificate of Non-Existence of a Record. RadioTVGallery | | | | |
| 107 | Kent-affidavit-signed | | | | |

1

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 108 | House Gallery video | 9-14-2023 | 9-14-2023 | G. McCree | |
| | | | | | |
| 200 Series | *General Evidence* | | | | |
| 201 | United States Capitol Police Compilation Video | 9-14-2023 | 9-14-2023 | G. McCree | |
| 202 | Capitol Police Board Order 20.14 (Closure of West Front for Inauguration Preparation) | 9-14-2023 | 9-14-2023 | G. McCree | |
| 203 | Three-Dimensional Depiction of Capitol | | | | |
| 204 | Area Closed Signs on Bike Rack | | | | |
| 205 | Area Closed Sign | 9-14-2023 | 9-14-2023 | G. McCree | |
| 206 | Aerial Photo of the Capitol Building and Grounds | 9-14-2023 | 9-14-2023 | G. McCree | |
| 207 | Area Closed Signs on Fencing | ↓ | ↓ | ↓ | |
| 208 | Map of Restricted Perimeter | 9-14-2023 | 9-14-2023 | G. McCree | |

2

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 209 | Area Closed Sign on Green Snow Fencing | | | | |
| 210 | US Capitol Grounds and 3D Rendering | 9-14-2023 | 9-14-2023 | G. McCree | |
| 211 | Torn Area Closed Sign | ↓ | | ↓ | |
| 212 | U.S. Capitol with Area Closed Signs | 9-14-2023 | 9-14-2023 | G. McCree | |
| 213 | Area Closed Sign Peace Circle | ↓ | ↓ | ↓ | |
| 214 | Area Closed Sign Zoomed In | | | | |
| 215 | U.S. Capitol Floor Plan - First Floor | 9-14-2023 | 9-14-2023 | G. McCree | |
| 216 | U.S. Capitol Floor Plan - Second Floor | 9-14-2023 | 9-14-2023 | G. McCree | |
| 217 | U.S. Capitol Police Ground Closure Announcement (PDF) | 9-14-2023 | 9-14-2023 | G. McCree | |
| 218 | U.S. Capitol Grounds Map | 9-14-2023 | 9-14-2023 | G. McCree | |
| 219 | US_Capitol_third_floor_plan | ↓ | ↓ | ↓ | |

3

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 220 | House Gallery photo | 9-14-2023 | 9-14-2023 | G. McCree | |
| | | | | | |
| 300 Series | *Secret Service Exhibits* | | | | |
| 301 | HOS Notification – Visit of Vice President Michael Pence, Mrs. Pence, and Charlotte Pence to the U.S. Capitol (S-214_House and Senate Floors) on Wednesday January 6 (PDF) | | | | |
| 302 | USSS HOS Notification – Vice President Pence 01.06.21 9 (REDACTED) (PDF) | | | | |
| 303 | USSS-3 – VP Pence departing Senate members staircase (public version).mp4 | | | | |
| 304 | USSS-2 – East Side of the Capitol: VP vehicles moving | | | | |
| | | | | | |
| 400 Series | *U.S. Capitol CCTV Footage* | 9-14-2023 | 9-14-2023 | C. Noyes | |
| 401 | Senate Wing Door_1 | ↓ | ↓ | ↓ | |
| 402 | Senate Wing Door_2 | ↓ | ↓ | ↓ | |

4

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 403 | Memorial Door | 9-14-2023 | 9-14-2023 | C. Noyes | |
| 402 | Senate Wing Door_2 | | | | |
| 403 | Memorial Door | | | | |
| 404 | Statuary Hall Connector_1 | 9-14-2023 | 9-14-2023 | C. Noyes | |
| 405 | Statuary Hall Connector_2 | 9-14-2023 | 9-14-2023 | G. McCree | |
| 406 | Statuary Hall Connector_3 | ↓ | ↓ | C. Noyes | |
| 406.1 | Screengrab 1 | | | | |
| 407 | USCH Hallway | 9-14-2023 | 9-14-2023 | C. Noyes | |
| 407.1 | Screengrab 2 | | | | |
| 407.2 | Screengrab 3 | | | | |
| 407.3 | Screengrab 4 | | | | |
| 408 | Crypt North | 9-14-2023 | 9-14-2023 | C. Noyes | |

5

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 402 | Senate Wing Door_2 | | | | |
| 403 | Memorial Door | | | | |
| 404 | Statuary Hall Connector_1 | | | | |
| 405 | Statuary Hall Connector_2 | | | | |
| 406 | Statuary Hall Connector_3 | | | | |
| 406.1 | Screengrab 1 | | | | |
| 407 | USCH Hallway | | | | |
| 407.1 | Screengrab 2 | | | | |
| 407.2 | Screengrab 3 | | | | |
| 407.3 | Screengrab 4 | | | | |
| 408 | Crypt North | | | | |
| 409 | Rotunda Door Interior | 9-14-2023 | 9-14-2023 | G. McCree | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 410 | USCH 02 H230_1 | 9-14-2023 | 9-14-2023 | C. Noyes | |
| 410.1 | Screengrab 5 | | | | |
| 411 | USCH 02 H230_2 | 9-14-2023 | 9-14-2023 | C. Noyes | |
| 412 | Rotunda South | | | | |
| 413 | Statuary Hall West | ↓ | ↓ | ↓ | |
| 413.1 | Screengrab 6 | | | | |
| 414 | NW Stairs | 9-14-2023 | 9-14-2023 | C. Noyes | |
| 415 | NW Stairs 2 | 9-14-2023 | 9-14-2023 | G. McCree | |
| | | | | | |
| 500 Series | *Defendant Video & Social Media* | | | | |
| 501 | Horn Facebook Return | 9-14-2023 | 9-14-2023 | C. Noyes | |
| 502 | Horn Facebook Profile Picture | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 503 | Horn Facebook Post (January 7, 2021) | | | | |
| 504 | Facebook Certificate of Authenticity | | | | |
| 505 | Video Recorded by Horn (January 6, 2021) | 9-14-2023 | 9-14-2023 | C. Noyes | |
| 505.1 | Cell Phone Video Recorded by Horn | | | | |
| 505.2 | Video recorded by Horn 2 | | | | |
| 505.3 | Video Recorded by Horn 3 | | | | |
| 505.4 | Video Recorded by Horn 4 | | | | |
| 505.5 | Video Recorded by Horn 5 | | | | |
| 505.6 | Video Recorded by Horn 6 | | | | |
| 505.7 | Video Recorded by Horn 7 | | | | |
| 505.8 | Video Recorded by Horn 8 | | | | |
| 505.9 | Video Recorded by Horn 9 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 505.10 | Video Recorded by Horn 10 | 9-14-2023 | 9-14-2023 | C. Noyes | |
| 505.11 | Video Recorded by Horn 11 | | | | |
| 505.12 | Video Recorded by Horn 12 | | | | |
| 505.13 | Video Recorded by Horn 13 | | | | |
| 505.14 | Video Recorded by Horn 14 | | | | |
| 505.15 | Video Recorded by Horn 15 | | | | |
| 505.16 | Video Recorded by Horn 16 | | | | |
| 505.17 | Video Recorded by Horn 17 | | | | |
| 506 | Horn FBI Interview (January 15, 2021) | | | | |
| 506.1 | Maps Shown to Horn | | | | |
| 507 | Horn Facebook Screenshot (January 2021) | | | | |
| 508 | Horn Youtube Interview | | | | |

9

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 509 | Facebook Post_1 | | | | |
| 510 | Facebook Post_2 | | | | |
| 511 | Facebook Post_3 | | | | |
| 512 | Facebook Post_4 | | | | |
| 513 | Facebook Post_5 | | | | |
| 514 | Facebook Post_6 | | | | |
| 515 | Facebook Post_7 | | | | |
| 516 | Facebook Post_8 | | | | |
| 517 | Facebook Post_9 | | | | |
| 518 | Facebook Post_10 | | | | |
| 519 | Facebook Post_11 | | | | |
| 520 | Facebook Post_12 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 521 | Facebook Post_13 | | | | |
| 522 | Facebook Post_14 | | | | |
| 523 | Facebook Post_15 | | | | |
| 524 | Facebook Post_16 | | | | |
| 525 | Facebook Post_17 | | | | |
| 526 | Facebook Post_18 | | | | |
| 527 | Facebook Post_19 | | | | |
| 528 | Facebook Post_20 | | | | |
| 529 | Facebook Post_21 | | | | |
| 530 | Facebook Post_22 | | | | |
| 531 | Facebook Post_23 | | | | |
| 532 | Facebook Post_24 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 533 | Facebook Post_25 | | | | |
| 534 | Facebook Post_26 | | | | |
| 535 | Facebook Post_27 | | | | |
| 536 | Facebook Post_28 | | | | |
| 537 | Facebook Post_29 | | | | |
| 538 | Facebook Post_30 | | | | |
| 539 | Facebook Post_31 | | | | |
| 540 | Facebook Post_32 | | | | |
| 541 | Facebook Post_33 | | | | |
| 542 | Facebook Post_34 | | | | |
| 543 | Facebook Post_35 | | | | |
| 544 | Facebook Post_36 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 545 | Facebook Post_37 | | | | |
| 546 | Facebook Post_38 | | | | |
| 547 | Facebook Post_39 | | | | |
| 548 | Facebook Post_40 | | | | |
| 549 | Facebook Post_41 | | | | |
| 550 | Facebook Post_42 | | | | |
| 551 | Facebook Post_43 | | | | |
| 552 | Facebook Post_44 | | | | |
| 553 | Facebook Post_45 | | | | |
| 554 | Facebook Post_46 | | | | |
| 555 | Facebook Post_47 | | | | |
| 556 | Facebook Post_48 | | | | |

13

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 557 | Facebook Post_49 | | | | |
| 558 | Facebook Post_50 | | | | |
| 559 | Facebook Post_51 | | | | |
| 560 | Facebook Post_52 | | | | |
| 561 | Facebook Post_53 | | | | |
| 562 | Facebook Post_54 | | | | |
| 563 | Facebook Post_55 | | | | |
| 564 | Facebook Post_56 | | | | |
| 565 | Facebook Pist_57 | | | | |
| 566 | Facebook Post_58 | | | | |
| 567 | Facebook Post_59 | | | | |
| 568 | Facebook Post_60 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 569 | Facebook Post_61 | | | | |
| 570 | Facebook Post_62 | | | | |
| 571 | Facebook Post_63 | | | | |
| 572 | Facebook Post_64 | | | | |
| 573 | Facebook Post_65 | | | | |
| 574 | Facebook Post_66 | | | | |
| 575 | Facebook Post_67 | | | | |
| 576 | Facebook Post_68 | | | | |
| 577 | Facebook Post_69 | | | | |
| 578 | Facebook Post_70 | | | | |
| 579 | Facebook Post_71 | | | | |
| 580 | Facebook Post_72 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 581 | Facebook Post_73 | | | | |
| 582 | Facebook Post_74 | | | | |
| 583 | Facebook Post_75 | | | | |
| 584 | Facebook Post_76 | | | | |
| 585 | Facebook Post_77 | | | | |
| 586 | Facebook Post_78 | | | | |
| 587 | Facebook Post_79 | | | | |
| 588 | Facebook Post_80 | | | | |
| 589 | Facebook Post_81 | | | | |
| 590 | Facebook Post_82 | | | | |
| 591 | Facebook Post_83 | | | | |
| 592 | Facebook Post_84 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 593 | Facebook Post_85 | | | | |
| 594 | Facebook Post_86 | | | | |
| 595 | Facebook Post_87 | | | | |
| 596 | Facebook Post_88 | | | | |
| 597 | Facebook Post_89 | | | | |
| 598 | Facebook Post_90 | | | | |
| 599 | Facebook Post_91 | | | | |
| 599.1 | Facebook Post_92 | | | | |
| 599.2 | Facebook Post_93 | | | | |
| 599.3 | Facebook Post_94 | | | | |
| 599.4 | Facebook Post_95 | | | | |
| 599.5 | Facebook Post_96 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 599.6 | Facebook Post_97 | | | | |
| 599.7 | Facebook Post_98 | | | | |
| 599.8 | Facebook Post_99 | | | | |
| | | | | | |
| 600 Series | *Open Source Video & Photographs* | | | | |
| 601 | Photograph: Horn on   (New York Times Magazine Instagram) | | | | |
| 602 | Photograph: Horn on Statute | | | | |
| 603 | Photograph: Horn on Statute (New York Times Magazine Instagram with caption) | 9-14-2023 | 9-14-2023 | C. Noyes | |
| 604 | Horn Jacket | | | | |
| 605 | Horn Helmet | | | | |
| 606 | Horn Helmet 2 | | | | |
| 607 | Horn Jacket with ammo | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 608 | Open Source Video 1: ProPublica (7:20) | 9-14-2023 | 9-14-2023 | V. Patete | |
| 609 | Youtube Video | | | | |
| 610 | Ariane Datil Twitter Video | | | | |
| 610.1 | screengrab | | | | |
| 611 | Internet Archive | | | | |
| 612 | Capitol Ground Youtube Video | | | | |
| 612.1 | Screengrab 7 | 9-14-2023 | 9-14-2023 | C. Noyes | |
| 613 | Capitol Hill Occupation Video 1 | | | | |
| 613.1 | Screengrab 8 | | | | |
| 614 | Rotunda Video | 9-14-2023 | 9-14-2023 | V. Patete | |
| 615 | Internet Archive Video 2 | 9-15-2023 | 9-15-2023 | S. Horn | |
| 616 | Donald Trump Supporters. Stock Footage Video | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 617 | Donald Trump Supporters. Stock Footage Video 2 | 9-14-2023 | 9-14-2023 | C. Noyes | |
| 618 | West Front Running video | | | | |
| 618.1 | Screengrab 9 | | | | |
| 618.2 | Screengrab 10 | | | | |
| 618.3 | Screengrab 11 | | | | |
| 619 | HORN Gaber News photo | | | | |
| 620 | HORN Getty image 1 | | | | |
| 621 | HORN Getty image 2 | | | | |
| 622 | HORN Getty image 3 | | | | |
| 623 | Horn Twitter Profile 2 | | | | |
| 624 | Horn Twitter Profile | | | | |
| Intentionally Blank | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 626 | us.archive.9 Video | | | | |
| Intentionally Blank | | | | | |
| 628 | us.archive.20 Video | | | | |
| Intentionally Blank | | | | | |
| 630 | Stephen_Ignoramus_YouTube | | | | |
| 631 | Driver_Goggles Video | | | | |
| 632 | Josh Bresnahan on Twitter | | | | |
| 633 | Jose Angel Abad on Twitter | | | | |
| 634 | East Front Screenshot | | | | |
| 635 | Internet Archive.WZYV Video | | | | |
| 636 | Never-before-seen January 6 footage_Youtube | | | | |
| 637 | Propublica.amazonaws.com | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 638 | Shutterstock photo HORN | 9-14-2023 | 9-14-2023 | C. Noyes | |
| 639 | Storming of the United States Capitol Remastered_Jayden X | 9-14-2023 | 9-14-2023 | G. McCree | |
| 640 | House Chamber | | | | |
| 641 | Nancy Chant | | | | |
| 642 | Stairs to Second Floor | 9-14-2023 | 9-14-2023 | C. Noyes | |
| 643 | NW Stairs | 9-14-2023 | 9-14-2023 | C. Noyes | |
| 644 | BG On the Scene | | | | |
| | | | | | |
| 700 Series | *Body Worn Camera (BWC) Footage* | 9-14-2023 | 9-14-2023 | V. Patete | |
| 701 | MPD Bronstein Body Worn Camera | | | | |
| 702 | MPD Coley Body Worn Camera | | | | |
| | | | | | |

22

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 800 Series | *Stipulations* | 9-14-2023 | 9-14-2023 | G. McCree | |
| | | | | | |
| 900 Series | Ex 401 with indicators | 9-14-2023 | 9-14-2023 | G. McCree | |
| 901 | Ex 401 & Ex 900 (Ex 505 (SWD)) | 9-14-2023 | 9-14-2023 | C. Noyes | |
| 902 | Ex 403 with indicators | | | | |
| 903 | Ex 505 & 902 (Ex 403 with indicators) | 9-14-2023 | 9-14-2023 | C. Noyes | |
| 904 | Ex 404 with indicators | | | | |
| 905 | Ex 505 & 904 (Ex 404 with indicators) | | | | |
| 906 | Ex 505 & Ex 405 with indicators | 9-14-2023 | 9-14-2023 | C. Noyes | |
| 907 | Ex 406 with indicators | | | | |
| 908 | Ex 407 with indicators | 9-14-2023 | 9-14-2023 | G. McCree | |
| 909 | Ex 505 & Ex 908 (Ex 407 with indicators) | ↓ | ↓ | C. Noyes | |

23

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 910 | Ex 408 with indicators | 9-14-2023 | 9-14-2023 | G. McCree | |
| 911 | Ex 412 with indicators | ↓ | ↓ | ↓ | |
| 912 | Ex 505 & x 911 (Ex 412 with indicators) | 9-14-2023 | 9-14-2023 | C. Noyes | |
| 913 | Ex 413 with indicators | | | | |
| 914 | Ex 608 with indicators | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |