CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

STEPHEN ETHAN HORN

Civil/Criminal No.: 21-CR-301 (TJK)

### NOTE FROM JURY

We have concluded deliberations and reached a verdict.

Date: 9/18/23

Time: 10:20 a.m.

FOREPERSON