UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

STEPHEN ETHAN HORN,

    *Defendant*.

Criminal Action No. 21-301 (TJK)

## VERDICT FORM

Please indicate your verdicts with a checkmark. Your verdict on each count must be unanimous.

**Count One:** Entering or Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(1)

Guilty __12 ✓__     Not Guilty _____

**Count Two:** Disorderly or Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)

Guilty __✓__     Not Guilty _____

**Count Three:** Disorderly or Disruptive Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(D)

Guilty __✓__     Not Guilty _____

**Count Four:** Parading, Demonstrating, or Picketing in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)

Guilty __✓__     Not Guilty _____

Date: Sept 18, 2023

Time: 10:20 a.m.                                    Signature of Foreperson