**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**NO. 1:21-CR-00301-TJK-1**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **DEFENDANT'S** |
| **v.** | **SENTENCING EXHIBIT ONE:** |
| | **CHARACTER LETTERS** |
| **STEPHEN ETHAN HORN,** | |
| ***Defendant.*** | |

Defendant's Sentencing Exhibit One consists of 30 character letters submitted on Mr. Horn's behalf by family, friends, and followers of his journalism. The first 16 letters (pages 1–17) are from family, friends, and personal acquaintances of Mr. Horn while the remaining 14 letters (pages 18–39) are from individuals who subscribe to and follow his journalism.

January 2, 2024

8229 Zebulon Rd.
Youngsville, NC 27596

Dear Judge Kelly,

I am writing on behalf of Stephen Ethan Horn's sentencing on January 10 for the 4 misdemeanors he was found guilty of by a DC jury for being at the U.S. Capitol on January 6, 2021 to cover the riot as a journalist. He currently lives at home with his parents, 93 year old grandmother, and a young man from our church.

Stephen is SELF TAUGHT in many areas. I am Stephen's mother and homeschooled him from birth. As his father mentioned at Stephen's trial, he comes from a family of self-taught men, such as his paternal grandfather building a large A-frame house. His paternal grandfather was a CPA and a Treasurer for charter airlines and a trucking company when he retired. My father had a masters in Nuclear Health Physics, was a successful salesman of scientific monitoring devices, and built a microcomputer in the 1970s, taught himself to program, and was hired by IBM as a computer programmer when they had a hiring freeze.

Stephen is HELPFUL. Stephen completed 5 years of piano while homeschooled, under my direction, but I only had 1 one year of piano instruction. He studied music theory on his own, taught himself to play the ukulele and banjo, has composed a couple of pieces, and has led singing on our history bus tours and our church's Reformation Day dinner. He participates in our morning and evening devotions and accompanies our hymn singing on the piano when his schedule permits. He taught himself to sight read from a hymnal. He helps care for his 93 year old grandmother that lives with us. She REALLY likes it when he makes omelets for her. He helped bury his full-term stillborn niece on Nov. 2, 2023. He bought body cams for the abortion ministry at our church when a motorist ran off the road toward one of our members preaching at an Abortion Clinic.

Stephen cares about the TRUTH. He started doing video recording at events when we were attending Reopen NC Rallies during the lock-downs of 2020, because he thought the local media was under-reporting the number of attendees. He started live-streaming when and posting when he realized the local media did not report that socialists were organizing and present at a protest he attended. He spent many hours filming interviews of testimonials about the sexual abuse taking place at the Stephens Center in Nigeria (see PersecutingThePersecuted.com) in 2016. He did not take a plea deal because he did not want to attest to something he does not believe he did.

Stephen is very LAW ABIDING. The first protest he covered when there was a curfew, he called his father to let him know he might not be able to leave on time because the rioters were lighting a trashcan on fire near where he parked our vehicle, but he wanted to abide by the curfew. Thankfully, the rioters moved away so he could be off the street 2 minutes before curfew. He is bothered if I want to take an antibiotic prescribed to my husband. He does not speed when driving. He believes he was protected by the First Amendment when he entered to Capitol building on January 6.

Stephen is NOT a threat to anyone and I hope you will consider a lenient sentence. He is much loved and has a strong support network in his family, co-workers, and friends. Many of Stephen's friends are my age and have told me that I "raised a good person."

Thank you,

Kendra E. Horn
Stephen's mother    919-699-0063    hornk@datatek-net.com

Daniel E. Horn
8229 Zebulon Rd.
Youngsville, NC  27596
(919) 949-4110


January 3, 2024


The Honorable Timothy J. Kelly
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, DC  20001

Dear Judge Kelly:

I am writing to request lenient sentencing for my son, Stephen Horn. While he should not have entered into the U.S. Capital without proper permits, sentencing him to prison will not further the interests of society or be beneficial to him.

Stephen has already had significant punishment in terms of the time and money spent in trying the case because he could not confess to breaking a law that he did not believe that he had broken.  Flying to travel to a family friend's wedding with him is a multiple hour ordeal, since they did an extensive search of his mother and I in addition to him. Even to check in for the plane took hours. It is understandable if there was any evidence that he had any intention of insurrection, but since he immediately contacted the FBI to offer the footage that he had is prima facia evidence that he was not attempting or conspiring in anyway to thwart the transfer of power.

As to his character, Stephen has worked as a computer programmer for the company I own for about fifteen years since he was ten years of age. Obviously, he initially worked part time, but for more than seven years, he has worked for me full time. As an aside, if I believed that he had any intention of actually stopping the certification of the election on January 6, I would have terminated his employment. I see no value in interrupting his employment for incarceration for society.

In addition, he has significant self-control. He doesn't drink or use drugs. He did total one car, but that was because of falling asleep at the wheel because he had worked all day and all night or most of the night for multiple days in a row while trying to complete a project for the South Carolina DMV. He also had enough self-control to finish his bachelor's degree by the time he turned nineteen with the only help that he received from his parents was us setting the goal of when it should be done. Incarceration usually is about imposing control on someone who cannot control himself. Stephen is able to control himself and now understands the consequences of the decision that he made.

Also, Stephen has had a positive impact on society already. On one of the three mission trips that he has made to Nigeria, he helped me document the pedophilia that was occurring at a orphanage sponsored by Voice of the Martyrs (VOM), an American non-profit. Even though VOM knew of the pedophilia, they did nothing about it and continued to support Isaac Newton Wusu, the director of the orphanage. Through Stephen's work and others, we were able to get the orphanage shutdown and the rape of the girls to be stopped. He chose to do this even when there was risk to his own life, since Wusu was a powerful man because of the millions of dollars given to him by VOM and Nigeria is largely a lawless place.

While the jury rejected the argument that Stephen's motive was not to do journalism, I do know the journalism that he had done previously and what he has continued to do since January 6th. Again at potential risk to himself because of his concern about incomplete reporting in the media, he went to protests where

Antifa were rioting. At one point, he parked in a place when he thought that would be separate from the rioters, but the rioters ended up around our vehicle. His belief that bringing the truth to light is what the society needs more of and any punishment that constrains his ability to do that will not be beneficial to justice.

As a final appeal, it will already take him probably two years to recover financially from the costs of defending himself. For the foreseeable future, it is not practical for him to fly which does affect his ability to conduct his work. This has been consuming much of his time that he could have been using for more productive things over the last three years. I cannot see what benefit further punishment would produce for society or for the instruction of Stephen.

Thank you for your time and considering my request.


Sincerely,

Daniel E. Horn

January 3, 2024

The Honorable Timothy J. Kelly
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, DC  20001

Dear Judge Kelly,

I am writing you today in regard to the sentencing of my younger brother, Stephen Ethan Horn. Having grown up with him for our entire childhood, worked with him in the family business for years, and in recent years still seen him on a near daily basis at family, work and church events, I believe I can say that I know him better than all but a very few people in the world.

As you decide on his sentence for his recent conviction, I want to send you an attestation of his character. I believe him to be honest, trustworthy, law abiding, conscientious and dependable. I know that he has a strong aversion to lying and deception, and trust him to tell the truth. I could point to many instances where he has done things to serve friends or the community at large. Perhaps the most dramatic of these was his participation, while on some church mission trips to Nigeria, of exposing corruption on a large ministry that was enabling the abuse of women and children in an orphanage there.

I am familiar with his journalistic endeavors before and after January 6th, and I believe that he embarked upon them in order to help the public by exposing truths that were often bypassed by other media outlets, rather than any desire to strike it rich or simple search for fame. I think his reporting on the events of January 6th demonstrate his character, as even while being prosecuted he has not fallen into the trap of bitterness, and continued to discuss the events fairly without embracing the conspiracy theories in which many have taken refuge.

I respect and accept the jury's finding regarding his participation in the unfortunate events of January 6th. Having discussed the politics and his trip to Washington before he went, I know that he did not go to attempt to overthrow the government, disrupt Congress, or even protest the outcome of the 2020 election. This is very different from a few of my other family and friends who were in DC that day (unconnected to Stephen) who were very upset because they believed the election was stolen, and were far more likely to have participated in an insurrection, given the right circumstances. Although as I understand it, the jury found that Stephen was protesting/picketing inside the capitol, I believe that we all often do things for multiple reasons, and our actions can have different impacts as people look at them from varying perspectives. From my knowledge of him I firmly believe his main motivation of entering the capital was to document the historic events unfolding before him, and likely curiosity as to what was happening.

As you consider what penalty he deserves, I would bring to your attention the circumstances of people like my brother, who are not rich, but can afford to pay for their own lawyers. The many thousands of dollars he has spent wiped out years of savings, and for misdemeanor charges like this will inevitably be a significant part of the penalty for his actions and deterrence for their repetition.

In conclusion, I would ask you to show him mercy and take into consideration the difference between his primary motivations and those who wanted to stop the supposed steal by any means necessary. I hope that you can give him a sentence that allows him to serve the community in productive ways, rather than being imprisoned without being of any use to those on in the outside world.

Thank you for your consideration,

Joshua Horn

January 2, 2024

The Honorable Timothy J. Kelly
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, DC  20001

Dear Judge Kelly,

I am writing to you in regards to the sentencing of Stephen Horn, who is my husband's younger brother. I have attended the same church as him for thirteen years and lived next door to him for the last 7 years. My five children all love their 'Uncle Stephen' and thoroughly enjoy him reading to them and playing music with him.

One thing that has always struck me about Stephen, is his desire for justice and truth. He has been quite argumentative for as long as I can remember, and is quick to challenge anything he believes is untrue, regardless of how it will make others treat or consider him. He has never seemed to care what others think of him, and just focuses on what he thinks he ought to do.

I remember him becoming very interested in journalism in early 2020 when the lockdowns began, and also the riots around the death of George Floyd. He started attending almost all the rallies and protests in our area, regardless of which side was organizing them. Though conservative, he was never a Trump supporter, and as the entirety of our congregation did not feel that Trump was a righteous candidate who we should vote for, there was no question in our minds when we heard he was planning to attend the Trump rally in DC, that it was for purely journalistic reasons. Personally I do not think it was wise or right for him to enter the capitol, even for journalistic purposes, but I know he was concerned about the truth not being accurately portrayed by mainstream media, and so I do have sympathy for his actions. I appreciated watching his documentary on the riot, and hearing his take on things. I hope that you will take into consideration his peaceful conduct and lack of any vandalism during the protest - even attempting to disarm a protestor who he was concerned was about to attack the police. I would humbly request that you please consider alternatives to prison when you make a ruling on his case.

Sincerely,

*Andrea Horn*

Andrea Horn

**Marshall Ellis**

**From:**      Sandra McIntyre <macfamilypa@yahoo.com>
**Sent:**      Tuesday, January 2, 2024 9:11 AM
**To:**        Marshall Ellis
**Subject:**   Stephen Horn Sentencing

>>Warning! The source of this email is from outside of the firm.<<

As Stephen Horn's sentencing approaches, I wanted to take this opportunity to provide a character reference. Stephen is my nephew and as such I'm well acquainted with Stephen and his family.

The first adjective that comes to mind when describing Stephen is dedicated. From his early teens, Stephen has worked with his father to learn the family business. He completed his college degree remotely; which takes a significant amount of determination. He decided he wanted to learn to play a musical instrument and mastered it on his own. And, he became interested in journalism; pursuing it with a singular focus.

Stephen is family oriented and is a great uncle to his many nieces and nephews. He is an active member of his church. He is a dedicated employee, playing a key role at his company. Unlike typical teenagers and young adults, Stephen has avoided the typical pitfalls and remained committed to his job and his interests.

I do not believe there was any malicious intent in Stephen's involvement on January 6. Rather, he was interested in uncovering a real story which led him down an unexpected path.

Respectfully,
Sandra McIntyre


Sent from my iPad

1

Benjamin Lepore

307 Ball Hill Road
Princeton, MA 01541

774-479-6992

lepore.benjamin@gmail.com

To the Honorable Timothy J. Kelly:

I am Stephen Horn's brother-in-law, married to his sister Rachel for the last three years. I have known Stephen since he was eleven and I was nine. My family got close to Stephen and his family through church events and history bus tours that the Horns put on every year. Stephen would sometimes give talks at the different stops along side his father and brother. Stephen always struck me as having a love for facts and the truth, which made him so good at conducting the "candy quiz" at the end of the day to reinforce everything we had learned.

In addition to many tours together, both in the USA and Europe, when I was eighteen I temporarily moved from Massachusetts to North Caroline to live in the Horn's home and work alongside Stephen in a professional capacity at his father's company. Stephen was instrumental in teaching me computer programming and helping me overcome the many learning curves, as well as hospitable to me as we bunked in the same room for nineteen months. Stephen is a hard worker, on multiple occasions heading back to the office to spend all night working on a project, and we worked along side each other on weekends building his brother's house.

Over the last number of years I have observed Stephen as he has seen a need for true and accurate journalism in a world where it can be so hard to discern if the facts are being reported truthfully. I believe Stephen is a man who has a fear of God and love for his country.

I hope that this letter is helpful in giving you a more complete understanding of his character. I ask that you would be lenient in Stephen Horn's sentencing.

Sincerely,

Benjamin Lepore

Charles Churchill
1612 Forest Rd
Wake Forest, N.C.  27587
919-383-6910


January 3, 2024


The Honorable Timothy J. Kelly
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, DC  20001

Dear Judge Kelly:

My name is Charles Churchill and I'm writing on behalf of Stephen Horn who was convicted of four misdemeanors on September 18th.

I worked with Stephen's father and went to church with his family and so because of those relationships, I met Stephen when he was a boy and I was a young man not yet married. Watching him grow up, one of the things that always struck me about Stephen was his intense interest in doing the right thing. He had a determination that few other young men have, and a willingness to see things through to the end that even as a teenager exceeded my own. Over the years, I've had the pleasure of watching him become a man who has been willing to endure difficulty to do the right thing. No doubt you've been made aware of his journalistic work in Nigeria, in exposing the rape of girls and young women in a US-funded orphanage.

As a 48-year-old man and a father of 10 children, I don't know that I would have made the same decision that Stephen did on January 6th, and there are ways in which that shames me. I don't think that I would have cared enough to face the possible repercussions. I'm older and a bit more cynical and would have been less likely to trust that being a journalist would protect me. In the end, I wasn't there and Stephen was. The nuances are too great for me to judge. But part of the purpose of due process is for the law to make fine distinctions. To tell the difference between a rioter who came there to rage and cause violence and a man who believed that a journalist should go where the story is. I have four sons and six daughters, and I'd be pleased if they grew up to be like Stephen. I'd ask of the court that it be lenient with him. He is the last sort of person that our government should imprison.


Thank you for your time and for considering my request.


Sincerely,

Charles Churchill

**Marshall Ellis**

---

| | |
|---|---|
| **From:** | Roger Boutin <rjboutin@hotmail.com> |
| **Sent:** | Wednesday, January 3, 2024 11:05 AM |
| **To:** | Marshall Ellis |
| **Subject:** | Letter for Stephen Horn |

>>Warning! The source of this email is from outside of the firm.<<

To whom it may concern,

I am writing on behalf of Stephen Horn. I have known Stephen since early 2020 as we attend the same church. My impression of Stephen over this period is that he is someone who highly values doing what is right and exposing truth. I am not aware of all the facts of his case related to January 6th, but I know that having obtained footage of the events (in his view operating as a member of the press), he voluntarily contacted the FBI to turn all his video footage over and make himself available for questioning.

As his case is decided and now sentencing is taking place, I would strongly urge you to consider house arrest over time in prison. I would not consider Stephen a threat to anyone, and I believe time in prison would not only be unjust, but a misuse of taxpayer money.


Thank you for considering.

Sincerely,

Roger Boutin

J. Marc Jackson

Rahwol Kak, Gyel
Bukuru, Jos South, Nigeria, 930104

01/03/2023

Honorable Timothy Kelly,

Re: Sentencing of Stephen Horn

Dear Judge Kelly:

My name is Marc Jackson, and I am writing on behalf of my friend, Stephen Horn, to request your leniency in his sentencing. I am a US citizen working for a non-profit organization in Nigeria called Arise and Walk Christian Ministries, where we help provide prosthesis for those in need, as well as training and support for pastors, widows, and many others. This non-profit was started by Reformation Baptist Church where Stephen's father, Dan Horn, pastors.

Stephen Horn has been trained faithfully by his parents, especially in regards to respecting authorities and abiding to law. Every day I live in Nigeria is an object lesson of what it looks like when a people disregard the law. If the people of Nigeria took the law as seriously as I know the Horn family does, it would completely change Nigeria for the better. I have known Stephen Horn and his family for many years, and even lived with them for several years. I am convinced that he will take the sentencing very seriously, and act faithfully in whatever sentencing structure you give, because he respects the authority God has given you.

Sincerely,

J. Marc Jackson

| | |
|---|---|
| **From:** | Noel Vande Slunt |
| **To:** | Marshall Ellis |
| **Subject:** | Regarding Stephen Horn |
| **Date:** | Wednesday, January 3, 2024 11:36:41 AM |

>>**Warning! The source of this email is from outside of the firm.**<<

Judge Timothy J. Kelly,

My family and I have known Stephen and his family for over 12 years and been involved with him via church and social functions.

It saddens me to hear that his decision to report on an event (January 6th) would result in a sentence to prison time. I do not think it is just. My understanding of the events is that he did not break into the facilities and was reporting on it as a press role.

He is an upstanding member of his family and helpful with his nieces and nephews as well as with his elderly grandmother who lives with him in his parents' household. He has been a positive influence to young men in the church and one young man staying with his family as well. He has been responsible to help care for all of these people from time to time.

He also plays a key role in the work he does with Datatek (his employer) He has worked there for many years with his colleagues there regarding computer coding translations. If he is sentenced to prison, this gap would have to be filled for the time he is not able to perform that function. I know the majority of his co-workers well also and have heard nothing but good reports about his work over the years.

Stephen has not been dishonest with me in any of my interactions with him. He is a good example of truth and strives to see what is true in discussions as well as his reporting.

Micah 6:8 "He has shown you, O man, what *is* good; And what does the Lord require of you But to do **justly**, To love mercy, And to walk humbly with your God?"

Sincerely,

Noel W. Vande Slunt
Youngsville, NC 27596
919.609.5131

January 3, 2024

70 Deer Run Dr.
Franklinton, NC 27525
919.710.5049

Judge Timothy J. Kelly
United States District Court
District of Columbia

Dear Judge Kelly,

I am writing to you on behalf of my friend, Stephen Horn. I have known Stephen for 17 years and have been impressed to watch him mature from boyhood to adulthood. He is an accomplished coder, self-taught pianist, dedicated citizen, and, most recently, an old-fashioned, shoe-leather journalist in an age of new media. I have followed his journalistic endeavors before, during, and after the events of January 6th. Prior to that event, I found that he provided fresh, what's-really-happening-there takes on local events, especially related to his coverage of local protests and disturbances during Covid, including lockdown protests, Black Lives Matter marches, heated school board meetings, and political agitation in and around our state capital. He was savvy enough to find his way to the place where things were happening, and charitable enough to tell things like they actually happened, unclouded by any particular political affiliations or influence.

As such, I consider him not only a friend, but also a valuable, civic-minded citizen honestly attempting to exercise the freedom of the press, and honestly attempting to tell unvarnished stories. I am currently following, with interest, his coverage of alleged money laundering via local political fundraising, moral scandals in state Republican leadership, and a complicated case where a young man was accused of the murder of his infant on relatively thin grounds. I am interested to see how these stories develop, and trust Stephen to be tenacious enough to follow them to their conclusions, and I trust that he will tell those stories as they are, unspun by preconceptions.

I further believe that his documentary production, *79 Minutes: The Breach of the Capitol*, will prove to be a valuable artifact for the forensic historians who will eventually reconstruct and interpret the events of January 6th. He presents the facts of that day with the same spirit with which he covers local events, with honesty, clarity, and that you-had-to-be-there gumption that was once prized in journalism by is being replaced by AI. I am also impressed by his initiative and cooperation with the FBI by *volunteering* all his raw footage to them for their use, exhibiting an openness and depth of character one would not expect of a secretive, garden-variety political agitator.

I understand that you have the weighty responsibility of sentencing Stephen for his participation on January 6th. I would like to you consider that he is a valuable journalist, indispensable to his family (who are caring for one elderly grandmother in their home and for another in the late stages of dementia), loyal to his employer. Raleigh and the State of North Carolina are both better off for his efforts here, and both would flourish if he is quickly allowed to return his focus to local issues.

Regards,

Jonathan D. Sides

Jonathan Sides, M.A.
*Operations Manager*
Stonewall Structural Engineering

**Meghan L. Sides**
70 Deer Run Dr; Franklinton, NC 27525 ◆ 919-491-0932 ◆ meghan.sides@gmail.com

January 3, 2023

The Honorable Timothy J. Kelly
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, DC  20001

Dear Judge Kelly,

I'm writing as a friend of Stephen Horn, a young man for whom you will be considering a sentence in relation to his entering the Capitol Building on January 11th. I've known Stephen and been a friend of his and his family since October of 2006 when my husband and I started attending church with the Horns. He was maybe 8 or 10 years old at that time so you could say I've watched him grow up. During that time he's been in our home multiple times and we've been in his. We've seen him an average of twice a week for over 17 years.  He has always been a calm, thoughtful young man with a wry sense of humor. He helps out with setting up and taking down chairs at church. My boys enjoy talking with him about history and he takes time to talk with them like equals and not like kids.

I consider Stephen a very bright young man and a hard worker. He was working alongside his father as a software programmer while still in high school and we joked with him that the clients he was working for might be surprised to learn the age of the person writing their code. He has always been interested in the world around him and is a self-motivated learner, whether that's languages, musical instruments (piano and banjo), or growing and canning fruit. He worked with his family through his middle and high school years creating and producing a historical documentary series on the Civil War. I think this experience of tracking down the real story was a part of what spurred his interest in journalism.

Stephen works as a software programmer but for a long time his real interest has been independent journalism. He talked with us about the January 11th events the Sunday after it all happened and he said he just felt like something really monumental was happening and he thought it needed to be documented. He immediately and voluntarily handed over his footage to the authorities.  Stephen has always been interested in politics, both local and national, but he saw his role as more of documenting political events and putting them out into the general public and not as an activist himself. For instance, he attended some of the local school board meetings when those were becoming increasingly polarized. He was not there to comment or interfere but to report about them.

I would respectfully encourage you to take into consideration his role as an independent journalist, his quick and voluntary handing over of evidence, and his character in our community as a kind, interested, and interesting young man with his whole life before him. We care greatly for him and hope this short letter gives you a brief insight into why. Thank you for taking this into consideration.

Respectfully,

Meghan Leigh Sides

Meghan Sides

**Marshall Ellis**

| | |
|---|---|
| **From:** | Lori Minick <dailyblessings@windstream.net> |
| **Sent:** | Wednesday, January 3, 2024 5:55 PM |
| **To:** | Marshall Ellis |
| **Subject:** | Stephen Horn |

>>Warning! The source of this email is from outside of the firm.<<

January 3, 2024

The Honorable Judge
Timothy J. Kelly

Your Honor,

My name is Lori Minick. I am writing to you on behalf of Stephen Horn, a young family friend, whose sentencing falls under your authority.

I have known Stephen and his family for over a decade. My family and I met the Horn family as we traveled on history tours they hosted and led. As a young man, Stephen was researching, writing scripts and filming the tours as a documentarian. His interest in history, past and present, along with his passion for documentary journalism, has produced many excellent works.

Stephen has matured into a young adult who takes his work very seriously and approaches every project with keen eye and sharp intellect.
This is a young man who cares for his family, serves his community and does his work with diligence.

Stephen has shown steady commitment and consistent strength of character as he has weathered the challenges of the charges levied against him and his subsequent conviction, all endured before the watching eyes of his concerned and supportive family, friends and community.

I ask that you please consider this young man's exemplary character as you contemplate appropriate sentencing.

Thank you for your consideration. It is greatly appreciated!

Sincerely,

Lori Minick


Sent from my iPhone

To the Honorable Timothy J. Kelly,

My name is Connor Swim, and I live in Youngsville, NC. I have known Mr. Stephen Horn since 2015. We met when my family began attending the church his family was apart of.

I understand he has been found guilty of four midemeanors (Entering and Remaining in a Restricted Building, Disorderly and Disruptive Conduct in a Restricted Building, Violent Entry and Disorderly Conduct in a Capitol Building, Parading, Demonstrating, or Picketing in a Capitol Building), but I ask that you consider who Stephen is as a person and what his intent was in covering the events of January 6th, 2021. In the time that I have known him, he has been polite and honest to the best of my ability to judge. An example of his honesty was when he revoked his membership from Reformation Baptist Church, of which he was a founding member. After examining his life, he determined that he was not a true, born-again Christian, and thus should not remain a member. This takes a great deal of honesty and humility to admit you were wrong about something so intimate and serious as your eternal soul. This is something I have only seen twice in my twenty-five years of attending church. Since revoking his membership, he still attends regularly and helps in different church functions. Mr. Stephen Horn also traveled to Nigeria for the purpose of exposing the evil works of darkness and to relieve the widow and orphan in their distress, knowing the life-threatening risks involved. As someone who has traveled to many remote areas of Nigeria on four separate occasions, I know first-hand the realities of terrorist attacks, kidnappers, disease, and extreme weather. When I have talked to Mr. Stephen Horn regarding Nigeria, he says he would be willing to go again if needed. In regards to his journalistic endeavors, Mr. Stephen Horn attends local political rallies and protests for the purpose of informing and updating the general public. By following his twitter page, I am able to be aware of events which take place that I either would not have known of or would be unable to find a source regarding what happened during the event. In regards to his work ethic, Mr. Stephen Horn has spent many weekends helping his brother and father build a garage, house, and pool house. He was able to do this labor while also working a full-time job and pursuing his journalistic endeavors.

Thank you for taking the time to read this letter. I request that you consider who Stephen is, his purpose for being at the Capitol, and give a just sentence.


Sincerely,


Connor Swim

January 2, 2024

To Whom It May Concern,


I have known Stephen Horn for 15 years and he has demonstrated himself to be of great character and integrity throughout these years. Several years ago, he began creating videography of our interviews in Nigeria, showing himself to be very responsible and a great asset in documenting our ministry in Nigeria.

In the last few years, Stephen has moved into freelance journalism covering local news in the Raleigh/Durham area of North Carolina.  As a reporter, he covered the event at the Capitol on January 6. His videography and reporting has been utilized by various news outlets.

Taking these facts into account, we request Stephen be given the utmost leniency as a reporter.

Sincerely,

Jeffrey M. Arnette
President
Progressive Orthotic and Prosthetic Services
9511 E. 46th St.
Tulsa, OK. 74145
(918) 663-7077
www.progressiveop.com

**Marshall Ellis**

| | |
|---|---|
| **From:** | Zingak Deshi <deshinen@gmail.com> |
| **Sent:** | Wednesday, January 3, 2024 12:26 PM |
| **To:** | Marshall Ellis |
| **Subject:** | A consideration for Stephen |

>>Warning! The source of this email is from outside of the firm.<<

Deshi Zingak Nengak
Plot 23, Raku-Sot Gyel
Bukuru, Jos; Plateau State,
Nigeria.
07037863770


January 3, 2024


The Honorable Timothy J. Kelly
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, DC  20001

Dear Judge Kelly:
I am Deshi Zingak Nengak, the country Director of Arise and walk Christian ministries, with the head office in Jos Plateau State. This organisation is sadled with the responsibility of reaching out to the less privileged and the downtrodden in the society apart from other duties of serving the Church.
Between 2017 to 2022, Stephen Horn came to Nigeria more than once in partnership with us here where he portrayed a high level of discipline and sacrifice for the victims of rape and sexual molestation in a school porpoted to be a Christian School but taken advantage of the orphans being trained there. We did travel through very difficult roads in the midst of Kidnapping, roberry and all forms of threats or organised and hired hoodlums just to ensure that the stories of these victims were heard and something tangible is done to stop the wickedness being perpetuated in the name of religion. Stephen with the obvious color of being American risk all including his life to safe these voiceless children that led to the shutting down of the school in Abeokuta, Ogun State in Western Nigeria.
In view of the above I write to plea for your kind consideration for Stephen knowing how much his sacrifices had spoken for innocent Nigerian orphans.
Thank you for your time and considering my request.


Sincerely,

Deshi Zingak Nengak.
Country Coordinator of Arise and walk Christian ministries. Nigeria.

**Marshall Ellis**

| | |
|---|---|
| **From:** | Panda <deedeewatson@gmail.com> |
| **Sent:** | Tuesday, January 2, 2024 10:52 PM |
| **To:** | Marshall Ellis |
| **Subject:** | Stephen Horn |

<mark>**>>Warning! The source of this email is from outside of the firm.<<**</mark>

Your Honor,

Stephen Horn is currently my only paid substack subscription. I have been a subscriber of his for some time. He provides some of the best local investigative journalism that I know of. When a county imprisons journalists for covering notable news events, everyone's civil liberties are threatened.

Dee Watson
Libertarian candidate for NC Lt. Governor

**Marshall Ellis**

**From:**          Jeremy L. Quinn <jeremy@publicreport.org>
**Sent:**          Wednesday, July 28, 2021 9:00 AM
**To:**            Marshall Ellis; Stephen Horn
**Subject:**       Stephen E. Horn, Capitol charges

>>**Warning! The source of this email is from outside of the firm.**<<

*I am writing a letter in reference to the character of Stephen E. Horn who I know as a journalist colleague.*

To whom it may concern,

On March 15, 2021 Stephen Horn appeared on my podcast airing his uncut footage filmed in the Capitol on January 6th. We had a very candid conversation for the public as to what we both experienced as journalists who covered the mob action of January 6th, and entered the Capitol to document the action.

https://www.youtube.com/watch?v=CSF5FHIGlbg

I am a professional journalist who has recognized Mr. Horn as providing useful information to the public. My understanding was he had already, just as I had, passed on recorded content to authorities in the weeks immediately following January 6th.

Mr. Horn and I were brought together online as we both had video featuring a man named Michael Thomas Purse who was arrested for impersonating press at the Capitol riot while harassing journalists.

The individual was hashtagged #MrExtraCreepy by Twitter sleuths and was of great public interest, as Purse openly bragged about planning and coordination in an interview he granted me in front of the Capitol.

In Mr. Horn's video outside the Capitol, Purse gave a "mission accomplished" speech.

Though Mr. Horn I believe to have been only recently beginning his journalistic endeavors filming protests, I have known his interest in the pursuit of objective facts to be both honorable and uncorrupted. In other words, I differentiate him from any type of "activist press" which I have come in contact with following left and right extremism in the streets over the last 14 months.

Though Mr. Horn and I are of different experience levels and generations, we share the same interest which draws us back to protests at a time when conflicting information is abundant, and eye witness accounts intent on objectively telling the story, are scarce.

I have had several professional interactions with Mr. Horn over the last few months and will continue to do so, many of which are public on twitter.

Sincerely,

Jeremy Lee Quinn
Photojournalist
310-210-9821



# NIGERIA UNION OF JOURNALISTS
## PLATEAU STATE COUNCIL

NUJ Secretariat, 6 Tudun Wada Road, Hill Station Junction, Jos, Plateau State Nigeria
nujplateaucouncil@gmail.com

**CHAIRMAN:**
**Paul Jatau**
**piringkwap77@gmail.com**
**08035929564**

**SECRETARY:**
**Peter Amine**
**aminepet2015@gmail.com**
**07035505406**

## Motto: Truth and Justice

10th March, 2023

### TO WHOM IT MAY CONCERN

We want to acknowledge the journalistic work that Stephen Horn participated in that resulted in the exposure of the corrupt activities of a prominent Nigerian, Isaac Newton Wusu. Stephen accompanied Jeff Arnette and Dan Horn, his father, when they came to investigate some questionable financial practices related to a prosthetic clinic that Isaac Wusu's ministry, Voice of the Christian Martyrs of Nigeria (VOCM), was running with the support of Voice of the Martyr's USA (VOM).

After discovering that there was sexual improprieties taking place at the orphanage that VOCM and VOM ran, Stephen and his father interviewed and recorded the witnesses that came forward. After returning to the US as scheduled, they returned to Nigeria in March of 2016 specifically to do further investigation and recording of people who would relate what was happening at the Stephen's Centre orphanage (at some potential personal risk). This story was then picked up by many journalists that are part of the Nigerian Union of Journalists. His journalistic endeavors resulted in the shutdown of the Stephen's Centre and the protection of the girls that had been abused.

Yours Faithfully,

**Paul Jatau**
NUJ Chairman Plateau State Council

January 2, 2024

Your Honor:

I write to you tonight with the strongest sentiment possible to ask you to give independent journalist Stephen Horn the most lenient sentence available to dispense fair and equitable justice in this matter.  I humbly suggest a sentence of probation of a reasonable length with no further penalty for his dubious and most likely political conviction surrounding his alleged participation in the events of January 6th at our Nation's Capital.

The sad truth is that all legacy media is bought and paid for. We can predict how a "news" organization will spin a story well before hearing them do so, simply based on their respective political leanings. Further, every major remaining legacy news source relies on hundreds of millions in money from sponsors annually. The assertion that these entities are, in any respect, independent, or faithful stewards of free information to the public, is patently absurd.

Within this context, it is imperative to the preservation of our great Republic and for the ability of a free people to make informed decisions that we have independent media, untainted by sponsorship money that comes with serious Stephen Horn is one of the premier independent journalists in the State of North Carolina. He is young, but he has challenged mainstream narratives. He has also proven himself willing to change his course of reporting should the evidence lead him in a different direction. He is beholden to no one, respects the truth, and is willing to report what he finds to his audience, even at great personal risk and sacrifice.  I have tremendous respect for his unbiased points of view and accurate recounting of events.  I know Stephen personally and I believe without a doubt his intentions were not criminal in the matter before you today.

Among the notable stories Stephen has published include the illegal detention and harassment of Monica Ussery; the campaign finance fraud perpetrated by donors to ActBlue in North Carolina; and his riveting documentary, 79 minutes, covering the events of January 6th. He has a website and newsletter continuing to cover local and NC-state-level stories, he is relentless in his investigative journalism pursuits, and he has made no secret of his interest in uncovering the truth – again, no matter the cost. He has appeared in a number of interviews and other media news stories, including as a guest on the Liberty iNC podcast, Season 3 Episode 9, to discuss the ActBlue donation fraud (Liberty iNC - Season 3: Episode 9 - Getting Back to Our Grassroots with Kent Misegades (youtube.com)).

Because of this body of honest, uncompromising work, I am compelled to write this email of support for Stephen to you.  He now faces potentially significant personal costs for documenting one of the most-publicized events in our country's recent history. It should

go without saying that arresting and charging a journalist for covering a story manufactures a terrifying chilling effect. This is even more pronounced when the story is political in nature. I, along with many others, was rightfully indignant by the actions of the sheriff in Marion, Kansas late last year, when he arrested a newspaper staff in a clearly retaliatory wielding of the power of law enforcement. What is now happening to Stephen is several magnitudes greater, as there remain several unanswered questions around the January 6th breach of the Capital, and his arrest and conviction seems to exist solely to quelch and delegitimize his unique and personal inside perspective.

Stephen has stated for the record the following:

*Although my sole intention when entering Capitol Grounds that day was to accurately document and publish what I observed (like many of the other journalists), the DOJ has refused to follow their policies for "Members of the News Media" (28 CFR § 50.10), and is prosecuting me for four misdemeanors, including "Parading, Demonstrating, or Picketing in a Capitol Building" and "Disorderly and Disruptive Conduct in a Restricted Building."*

I am not writing this to glorify or defend the actions of the mob on 1/6. As with any event involving large numbers of people, one narrative does not tarnish them all. I certainly don't seek judicial leniency for those who would see our great experiment in democracy descend into chaos and violence, but the actions and motivation of Stephen on this day do not describe one bent on destroying our Republic, but rather detailing the events of this historic place and time.

In summary, I ask you to consider all the mitigating evidence and letters of support submitted to you, including mine, in support of Stephen Horn and decree no penalty of incarceration for this young man.  Please allow him to continue uninterrupted his career in journalism so that his growing and appreciative audience throughout the State of North Carolina and beyond can benefit.

Respectfully,

**Andrew John Stevens**
**King, North Carolina**

## Marshall Ellis

**From:** Sean Higgins <shiggins9@gmail.com>
**Sent:** Wednesday, January 3, 2024 12:31 AM
**To:** Marshall Ellis
**Subject:** Regarding Stephen Horn

>>Warning! The source of this email is from outside of the firm.<<

Your Honor,

I am writing to this to express, with the strongest sentiment possible, my hopes that you give Stephen Horn the most lenient available sentence, ideally nothing more than him being released with no further penalty, for the dubious conviction surrounding his alleged participation in the events of January 6th at our Nation's Capital.

The sad truth of our current paradigm is that all legacy media is bought and paid for. We can predict how a "news" organization will spin a story well before hearing them do so, simply based on their respective political leanings. Further, every major remaining legacy news source relies on hundreds of millions in money from sponsors annually. The assertion that these entities are, in any respect, independent, or faithful stewards of free information to the public, is patently absurd.

Within this context, it is imperative to the preservation of our great Republic and the ability of a free people to make informed decisions regarding the path forward for our country that we have independent media, untainted by sponsorship money that comes with serious strings attached destroying the veneer of independence for its recipients.

Stephen Horn is one of the premier independent journalists in the State of North Carolina. He is young, but he has proven willing to challenge mainstream narratives. He has also proven himself willing to change his course of reporting should the evidence lead him in a different direction. He is beholden to no one, respects the truth, and is willing to report what he finds to his audience, even at great personal risk.

Among the notable stories Stephen broke in recent years include, the illegal detention and harassment of Monica Ussery; the campaign finance fraud perpetuated by donors to ActBlue in North Carolina; and his riveting documentary, 79 minutes, covering the events of January 6th. He has a website and newsletter continuing to cover local and NC-state-level stories, he is relentless in his investigative journalism pursuits, and he has made no secret of his interest in uncovering the truth – again, no matter the cost. He has appeared in a number of interviews and other media news stories, including as a guest on the Liberty iNC podcast, Season 3 Episode 9, to discuss the ActBlue donation fraud (Liberty iNC - Season 3: Episode 9 - Getting Back to Our Grassroots with Kent Misegades (youtube.com)).

Because of this, I felt it incumbent on me to write this email. Stephen is now facing potentially significant personal cost for documenting one of the most-publicized events in our country's recent history. It should go without saying that arresting and charging a journalist for covering a story manufactures a terrifying chilling effect. This is even more pronounced when the story is political in nature. Everyone seemed righteously indignant by the actions of the sheriff in Marion, Kansas late last year, when he arrested a newspaper staff in a clearly retaliatory wielding of the power of law enforcement. What is happening to Stephen is several magnitudes greater, as there remain several unanswered questions around the January 6th breach of the Capital, and this arrest seems to exist solely to quelch and delegitimize one inside perspective.

I am not writing this to glorify or defend the actions of the mob on 1/6. As with many things, there are certainly culpable people, some moreso than others, and I don't seek judicial lenience for those who would see our great experiment in democracy descend into chaos and violence. But the charges brought against Stephen do, and accompanying them with significant penalty would, in fact represent the desecration of the individual rights we have, described in the

Constitution of the United States, to a press free from government interference in reporting, topics, or anything else that might hinder the media under the First Amendment. In other words, pursuing legal action against a journalist is the essence of seeking to turn our great nation into a state-run maelstrom of violence.

Please, in defense of the Constitution of the United States, in deference to the First Amendment, and as a show of judicial independence and justice against the self-interested forces that would seek to divide us, let Stephen go free with no further encumbrance on his life or Liberty.

Thank you,
Sean Higgins

**Marshall Ellis**

---

| | |
|---|---|
| **From:** | Stephanie McCraw <mccrawlove2016@gmail.com> |
| **Sent:** | Wednesday, January 3, 2024 12:02 PM |
| **To:** | Marshall Ellis |
| **Subject:** | Letter of support for Stephen Horn. From Stephanie McCraw |

==**>>Warning! The source of this email is from outside of the firm.<<**==

Your Honor,

I am writing to this to express, with the strongest sentiment possible, my hopes that you give Stephen Horn the most lenient available sentence, ideally nothing more than him being released with no further penalty, for the dubious conviction surrounding his alleged participation in the events of January 6th at our Nation's Capital.

The sad truth of our current paradigm is that all legacy media is bought and paid for. We can predict how a "news" organization will spin a story well before hearing them do so, simply based on their respective political leanings. Further, every major remaining legacy news source relies on hundreds of millions in money from sponsors annually. The assertion that these entities are, in any respect, independent, or faithful stewards of free information to the public, is patently absurd.

Within this context, it is imperative to the preservation of our great Republic and the ability of a free people to make informed decisions regarding the path forward for our country that we have independent media, untainted by sponsorship money that comes with serious strings attached destroying the veneer of independence for its recipients.

Stephen Horn is one of the premier independent journalists in the State of North Carolina. He is young, but he has proven willing to challenge mainstream narratives. He has also proven himself willing to change his course of reporting should the evidence lead him in a different direction. He is beholden to no one, respects the truth, and is willing to report what he finds to his audience, even at great personal risk.

Among the notable stories Stephen broke in recent years include, the illegal detention and harassment of Monica Ussery; the campaign finance fraud perpetuated by donors to ActBlue in North Carolina; and his riveting documentary, 79 minutes, covering the events of January 6th. He has a website and newsletter continuing to cover local and NC-state-level stories, he is relentless in his investigative journalism pursuits, and he has made no secret of his interest in uncovering the truth – again, no matter the cost. He has appeared in a number of interviews and other media news stories, including as a guest on the Liberty iNC podcast, Season 3 Episode 9, to discuss the ActBlue donation fraud (<u>Liberty iNC - Season 3: Episode 9 - Getting Back to Our Grassroots with Kent Misegades (youtube.com)</u>).

Because of this, I felt it incumbent on me to write this email. Stephen is now facing potentially significant personal cost for documenting one of the most-publicized events in our country's recent history. It should go without saying that arresting and charging a journalist for covering a story manufactures a terrifying chilling effect. This is even more pronounced when the story is political in nature. Everyone seemed righteously indignant by the actions of the sheriff in Marion, Kansas late last year, when he arrested a newspaper staff in a clearly retaliatory wielding of the power of law enforcement. What is happening to Stephen is several magnitudes greater, as there remain several unanswered questions around the January

6th breach of the Capital, and this arrest seems to exist solely to quelch and delegitimize one inside perspective.

I am not writing this to glorify or defend the actions of the mob on 1/6. As with many things, there are certainly culpable people, some moreso than others, and I don't seek judicial lenience for those who would see our great experiment in democracy descend into chaos and violence. But the charges brought against Stephen do, and accompanying them with significant penalty would, in fact represent the desecration of the individual rights we have, described in the Constitution of the United States, to a press free from government interference in reporting, topics, or anything else that might hinder the media under the First Amendment. In other words, pursuing legal action against a journalist is the essence of seeking to turn our great nation into a state-run maelstrom of violence.

Please, in defense of the Constitution of the United States, in deference to the First Amendment, and as a show of judicial independence and justice against the self-interested forces that would seek to divide us, let Stephen go free with no further encumbrance on his life or Liberty.

Thank you, Stephanie McCraw

**Marshall Ellis**

| | |
|---|---|
| **From:** | Todd Pukanecz <toddpinnc@gmail.com> |
| **Sent:** | Wednesday, January 3, 2024 8:44 AM |
| **To:** | Marshall Ellis |
| **Subject:** | Stephen Horn |

>>Warning! The source of this email is from outside of the firm.<<

Your Honor,

I am writing to this to express, with the strongest sentiment possible, my hopes that you give Stephen Horn the most lenient available sentence, ideally nothing more than him being released with no further penalty, for the dubious conviction surrounding his alleged participation in the events of January 6th at our Nation's Capital.

The sad truth of our current paradigm is that all legacy media is bought and paid for. We can predict how a "news" organization will spin a story well before hearing them do so, simply based on their respective political leanings. Further, every major remaining legacy news source relies on hundreds of millions in money from sponsors annually. The assertion that these entities are, in any respect, independent, or faithful stewards of free information to the public, is patently absurd.

Within this context, it is imperative to the preservation of our great Republic and the ability of a free people to make informed decisions regarding the path forward for our country that we have independent media, untainted by sponsorship money that comes with serious strings attached destroying the veneer of independence for its recipients.

Stephen Horn is one of the premier independent journalists in the State of North Carolina. He is young, but he has proven willing to challenge mainstream narratives. He has also proven himself willing to change his course of reporting should the evidence lead him in a different direction. He is beholden to no one, respects the truth, and is willing to report what he finds to his audience, even at great personal risk.

Among the notable stories Stephen broke in recent years include, the illegal detention and harassment of Monica Ussery; the campaign finance fraud perpetuated by donors to ActBlue in North Carolina; and his riveting documentary, 79 minutes, covering the events of January 6th. He has a website and newsletter continuing to cover local and NC-state-level stories, he is relentless in his investigative journalism pursuits, and he has made no secret of his interest in uncovering the truth – again, no matter the cost. He has appeared in a number of interviews and other media news stories, including as a guest on the Liberty iNC podcast, Season 3 Episode 9, to discuss the ActBlue donation fraud (Liberty iNC - Season 3: Episode 9 - Getting Back to Our Grassroots with Kent Misegades (youtube.com)).

Because of this, I felt it incumbent on me to write this email. Stephen is now facing potentially significant personal cost for documenting one of the most-publicized events in our country's recent history. It should go without saying that arresting and charging a journalist for covering a story manufactures a terrifying chilling effect. This is even more pronounced when the story is political in nature. Everyone seemed righteously indignant by the actions of the sheriff in Marion, Kansas late last year, when he arrested a newspaper staff in a clearly retaliatory wielding of the power of law

enforcement. What is happening to Stephen is several magnitudes greater, as there remain several unanswered questions around the January 6th breach of the Capital, and this arrest seems to exist solely to quelch and delegitimize one inside perspective.

I am not writing this to glorify or defend the actions of the mob on 1/6. As with many things, there are certainly culpable people, some moreso than others, and I don't seek judicial lenience for those who would see our great experiment in democracy descend into chaos and violence. But the charges brought against Stephen do, and accompanying them with significant penalty would, in fact represent the desecration of the individual rights we have, described in the Constitution of the United States, to a press free from government interference in reporting, topics, or anything else that might hinder the media under the First Amendment. In other words, pursuing legal action against a journalist is the essence of seeking to turn our great nation into a state-run maelstrom of violence.

Please, in defense of the Constitution of the United States, in deference to the First Amendment, and as a show of judicial independence and justice against the self-interested forces that would seek to divide us, let Stephen go free with no further encumbrance on his life or Liberty.

Thank you,

Todd Pukanecz

**Marshall Ellis**

| | |
|---|---|
| **From:** | christopher sessions <christopher.sessions@gmail.com> |
| **Sent:** | Wednesday, January 3, 2024 1:01 PM |
| **To:** | Marshall Ellis |
| **Subject:** | Stephen Horn |

<mark>>>Warning! The source of this email is from outside of the firm.<<</mark>

Your Honor,

I am writing to this to express, with the strongest sentiment possible, my hopes that you give Stephen Horn the most lenient available sentence, ideally nothing more than him being released with no further penalty, for the dubious conviction surrounding his alleged participation in the events of January 6th at our Nation's Capital.

The sad truth of our current paradigm is that all legacy media is bought and paid for. We can predict how a "news" organization will spin a story well before hearing them do so, simply based on their respective political leanings. Further, every major remaining legacy news source relies on hundreds of millions in money from sponsors annually. The assertion that these entities are, in any respect, independent, or faithful stewards of free information to the public, is patently absurd.

Within this context, it is imperative to the preservation of our great Republic and the ability of a free people to make informed decisions regarding the path forward for our country that we have independent media, untainted by sponsorship money that comes with serious strings attached destroying the veneer of independence for its recipients.

Stephen Horn is one of the premier independent journalists in the State of North Carolina. He is young, but he has proven willing to challenge mainstream narratives. He has also proven himself willing to change his course of reporting should the evidence lead him in a different direction. He is beholden to no one, respects the truth, and is willing to report what he finds to his audience, even at great personal risk.

Among the notable stories Stephen broke in recent years include, the illegal detention and harassment of Monica Ussery; the campaign finance fraud perpetuated by donors to ActBlue in North Carolina; and his riveting documentary, 79 minutes, covering the events of January 6th. He has a website and newsletter continuing to cover local and NC-state-level stories, he is relentless in his investigative journalism pursuits, and he has made no secret of his interest in uncovering the truth – again, no matter the cost. He has appeared in a number of interviews and other media news stories, including as a guest on the Liberty iNC podcast, Season 3 Episode 9, to discuss the ActBlue donation fraud (Liberty iNC - Season 3: Episode 9 - Getting Back to Our Grassroots with Kent Misegades (youtube.com)).

Because of this, I felt it incumbent on me to write this email. Stephen is now facing potentially significant personal cost for documenting one of the most-publicized events in our country's recent history. It should go without saying that arresting and charging a journalist for covering a story manufactures a terrifying chilling effect. This is even more pronounced when the story is political in nature. Everyone seemed righteously indignant by the actions of the sheriff in Marion, Kansas late last year, when he arrested a newspaper staff in a clearly retaliatory wielding of the power of law

enforcement. What is happening to Stephen is several magnitudes greater, as there remain several unanswered questions around the January 6th breach of the Capital, and this arrest seems to exist solely to quelch and delegitimize one inside perspective.

I am not writing this to glorify or defend the actions of the mob on 1/6. As with many things, there are certainly culpable people, some moreso than others, and I don't seek judicial lenience for those who would see our great experiment in democracy descend into chaos and violence. But the charges brought against Stephen do, and accompanying them with significant penalty would, in fact represent the desecration of the individual rights we have, described in the Constitution of the United States, to a press free from government interference in reporting, topics, or anything else that might hinder the media under the First Amendment. In other words, pursuing legal action against a journalist is the essence of seeking to turn our great nation into a state-run maelstrom of violence.

Please, in defense of the Constitution of the United States, in deference to the First Amendment, and as a show of judicial independence and justice against the self-interested forces that would seek to divide us, let Stephen go free with no further encumbrance on his life or Liberty.

Thank you,

Christopher Sessions

**Marshall Ellis**

| | |
|---|---|
| **From:** | stephen sumner <matthewsumner@msn.com> |
| **Sent:** | Wednesday, January 3, 2024 7:53 AM |
| **To:** | Marshall Ellis |
| **Subject:** | Stephen Horn did nothing wrong! |

>>Warning! The source of this email is from outside of the firm.<<

Your Honor,

I am writing to this to express, with the strongest sentiment possible, my hopes that you give Stephen Horn the most lenient available sentence, ideally nothing more than him being released with no further penalty, for the dubious conviction surrounding his alleged participation in the events of January 6th at our Nation's Capital.

The sad truth of our current paradigm is that all legacy media is bought and paid for. We can predict how a "news" organization will spin a story well before hearing them do so, simply based on their respective political leanings. Further, every major remaining legacy news source relies on hundreds of millions in money from sponsors annually. The assertion that these entities are, in any respect, independent, or faithful stewards of free information to the public, is patently absurd.

Within this context, it is imperative to the preservation of our great Republic and the ability of a free people to make informed decisions regarding the path forward for our country that we have independent media, untainted by sponsorship money that comes with serious strings attached destroying the veneer of independence for its recipients.

Stephen Horn is one of the premier independent journalists in the State of North Carolina. He is young, but he has proven willing to challenge mainstream narratives. He has also proven himself willing to change his course of reporting should the evidence lead him in a different direction. He is beholden to no one, respects the truth, and is willing to report what he finds to his audience, even at great personal risk.

Among the notable stories Stephen broke in recent years include, the illegal detention and harassment of Monica Ussery; the campaign finance fraud perpetuated by donors to ActBlue in North Carolina; and his riveting documentary, 79 minutes, covering the events of January 6th. He has a website and newsletter continuing to cover local and NC-state-level stories, he is relentless in his investigative journalism pursuits, and he has made no secret of his interest in uncovering the truth – again, no matter the cost. He has appeared in a number of interviews and other media news stories, including as a guest on the Liberty iNC

podcast, Season 3 Episode 9, to discuss the ActBlue donation fraud (Liberty iNC - Season 3: Episode 9 - Getting Back to Our Grassroots with Kent Misegades (youtube.com)).

Because of this, I felt it incumbent on me to write this email. Stephen is now facing potentially significant personal cost for documenting one of the most-publicized events in our country's recent history. It should go without saying that arresting and charging a journalist for covering a story manufactures a terrifying chilling effect. This is even more pronounced when the story is political in nature. Everyone seemed righteously indignant by the actions of the sheriff in Marion, Kansas late last year, when he arrested a newspaper staff in a clearly retaliatory wielding of the power of law enforcement. What is happening to Stephen is several magnitudes greater, as there remain several unanswered questions around the January 6th breach of the Capital, and this arrest seems to exist solely to quelch and delegitimize one inside perspective.

I am not writing this to glorify or defend the actions of the mob on 1/6. As with many things, there are certainly culpable people, some moreso than others, and I don't seek judicial lenience for those who would see our great experiment in democracy descend into chaos and violence. But the charges brought against Stephen do, and accompanying them with significant penalty would, in fact represent the desecration of the individual rights we have, described in the Constitution of the United States, to a press free from government interference in reporting, topics, or anything else that might hinder the media under the First Amendment. In other words, pursuing legal action against a journalist is the essence of seeking to turn our great nation into a state-run maelstrom of violence.

Please, in defense of the Constitution of the United States, in deference to the First Amendment, and as a show of judicial independence and justice against the self-interested forces that would seek to divide us, let Stephen go free with no further encumbrance on his life or Liberty.

Thank you,

Stephen Sumner

**Marshall Ellis**

| | |
|---|---|
| **From:** | Robert Yates <yates_robert@hotmail.com> |
| **Sent:** | Tuesday, January 2, 2024 9:36 PM |
| **To:** | Marshall Ellis |
| **Cc:** | stephenehorn@protonmail.com |
| **Subject:** | RE: proposed letter for Stephen Horn |

**>>Warning! The source of this email is from outside of the firm.<<**
Apologies for hitting send early, finished below…

**From:** Robert Yates
**Sent:** Tuesday, January 2, 2024 9:11 PM
**To:** mellis@hrem.com
**Subject:** proposed letter for Stephen Horn

Hello, and nice to make your virtual acquaintance. I am the Communications Director for the Libertarian Party of North Carolina, and I am writing in support of Stephen Horn. You can use this as-is, or I can send one without this pre-message. I also plan to blast this out to all registered members in NC (roughly 5000 people) tomorrow shortly after COB. Want to see if there is anything we should tweak for that, and if this is the best email address for them to send to.

Much Appreciated, and thank you for defending Stephen.

-Rob Yates
571-213-1281

Your Honor,

I am writing to this to express, with the strongest sentiment possible, my hopes that you give Stephen Horn the most lenient available sentence, ideally nothing more than him being released with no further penalty, for the dubious conviction surrounding his alleged participation in the events of January 6th at our Nation's Capital.

The sad truth of our current paradigm is that all legacy media is bought and paid for. We can predict how a "news" organization will spin a story well before hearing them do so, simply based on their respective political leanings. Further, every major remaining legacy news source relies on hundreds of millions in money from sponsors annually. The assertion that these entities are, in any respect, independent, or faithful stewards of free information to the public, is patently absurd.

Within this context, it is imperative to the preservation of our great Republic and the ability of a free people to make informed decisions regarding the path forward for our country that we have independent media, untainted by sponsorship money that comes with serious strings attached destroying the veneer of independence for its recipients.

Stephen Horn is one of the premier independent journalists in the State of North Carolina. He is young, but he has proven willing to challenge mainstream narratives. He has also proven himself willing to change his course of reporting should the evidence lead him in a different direction. He is beholden to no one, respects the truth, and is willing to report what he finds to his audience, even at great personal risk.

Among the notable stories Stephen broke in recent years include, the illegal detention and harassment of Monica Usery; the campaign finance fraud perpetuated by donors to ActBlue in North Carolina; and his riveting documentary, 79

minutes, covering the events of January 6th. He has a website and newsletter continuing to cover local and NC-state-level stories, he is relentless in his investigative journalism pursuits, and he has made no secret of his interest in uncovering the truth – again, no matter the cost. He has appeared in a number of interviews and other media news stories, including as a guest on the Liberty iNC podcast, Season 3 Episode 9, to discuss the ActBlue donation fraud (Liberty iNC - Season 3: Episode 9 - Getting Back to Our Grassroots with Kent Misegades (youtube.com)).

Because of this, I felt it incumbent on me to write this email. Stephen is now facing potentially significant personal cost for documenting one of the most-publicized events in our country's recent history. It should go without saying that arresting and charging a journalist for covering a story manufactures a terrifying chilling effect. This is even more pronounced when the story is political in nature. Everyone seemed righteously indignant by the actions of the sheriff in Marion, Kansas late last year, when he arrested a newspaper staff in a clearly retaliatory wielding of the power of law enforcement. What is happening to Stephen is several magnitudes greater, as there remain several unanswered questions around the January 6th breach of the Capital, and this arrest seems to exist solely to quelch and delegitimize one inside perspective.

I am not writing this to glorify or defend the actions of the mob on 1/6. As with many things, there are certainly culpable people, some moreso than others, and I don't seek judicial lenience for those who would see our great experiment in democracy descend into chaos and violence. But the charges brought against Stephen do, and accompanying them with significant penalty would, in fact represent the desecration of the individual rights we have, described in the Constitution of the United States, to a press free from government interference in reporting, topics, or anything else that might hinder the media under the First Amendment. In other words, pursuing legal action against a journalist is the essence of seeking to turn our great nation into a state-run maelstrom of violence.

Please, in defense of the Constitution of the United States, in deference to the First Amendment, and as a show of judicial independence and justice against the self-interested forces that would seek to divide us, let Stephen go free with no further encumbrance on his life or Liberty.

Thank you,
Rob Yates

**Marshall Ellis**

**From:**       Ryan Brown <ryan.brown@lpnc.org>
**Sent:**       Wednesday, January 3, 2024 12:33 PM
**To:**          Marshall Ellis
**Subject:**    LPNC Support for Stephen Horn


>>Warning! The source of this email is from outside of the firm.<<

I am writing to support Stephen Horn and the First Amendment. Stephen is an independent journalist and his rights as a journalist must be protected. This politically motivated trial was already an injustice.
Any sentencing other than the minimum sentencing will be another injustice. Years ago I met Stephen as he was covering multiple events put on by the Libertarian Party of North Carolina and our affiliates. He has always been a fair and humble independent journalist.

His only "crime" was covering a politically incorrect event. Anything other than the most lenient sentence will be a blow to journalism in the state of North Carolina. The Libertarian Party of North Carolina is asking that you do not continue this injustice.

Thank you,
Ryan Brown
LPNC Chair
Ryan.Brown@lpnc.org


--
Ryan Brown
Chair, LPNC
(919) 845-9167
Ryan.Brown@lpnc.org

## Marshall Ellis

**From:**        Sean Haugh <genushaha@gmail.com>
**Sent:**        Wednesday, January 3, 2024 10:38 AM
**To:**          Marshall Ellis
**Cc:**          Brian Irving
**Subject:**     support for Stephen Horn


**>>Warning! The source of this email is from outside of the firm.<<**
Howdy Attorney Ellis! Feel free to use my statement of support for Stephen Horn in any way you think will benefit him.
Thanks for representing him.

*

Your Honor,

I write today to request that Stephen Horn be released with no further penalty.

My point is simple: exercising one's freedom to act as "the press" does not require license or permission from the
government. What Mr. Horn has done, as found by the court, should be fully protected activity under the first
amendment. To sentence him to anything beyond what he has already endured would in my opinion be a direct
violation of the constitutional rights of not only himself but those who wish to see and hear what he has documented.

Thank you for your consideration.

Sean Haugh

Durham NC

**Marshall Ellis**

| | |
|---|---|
| **From:** | Pam Adams <pga5619@gmail.com> |
| **Sent:** | Wednesday, January 3, 2024 2:38 PM |
| **To:** | Marshall Ellis |
| **Cc:** | press@lpnc.org |
| **Subject:** | Stephen Horn, support |

>>**Warning! The source of this email is from outside of the firm.**<<

Your Honor,

I write today to request that Stephen Horn be released with no further penalty.

Exercising one's freedom to act as "the press" does not require government license or permission. As the press, Mr. Horn and his activities as such should be fully protected under the first amendment. To sentence him to anything beyond what he has already endured would be a direct violation of his constitutional rights.

Thank you for your attention and consideration.
Pamela G.  Adams

Durham NC

**Marshall Ellis**

**From:**    Angela Humphries <zacgirl2002@gmail.com>
**Sent:**    Wednesday, January 3, 2024 1:31 PM
**To:**      Marshall Ellis; Stephen Horn

>>Warning! The source of this email is from outside of the firm.<<

To whom it may concern,

Stephen Horn is an honest, respectable, prefessional independent journalist who continually uncovers clarity and truth to any story he covers, as may be seen in his own public documentation and online posts.

The government can and should redeem itself, cease the persecution of the innocent and dismiss frivolous charges against Mr. Stephen Horn.

It was never a crime, nor will it ever be a crime to tell the truth and document it for the masses.

In closing, "A key purpose of journalism is to provide an adversarial check on those who wield the greatest power by shining a light on what they do in the dark, and informing the public about those acts." -Glenn Greenwald

Respectfully,
Angela Humphries