# Sentencing Exhibit Two



8/31/23, 2:32 PM                                      TIPS

**E-Tip**     Transaction Number: 78242CB2-9B8F-49F8-87C4-EE2A2257F0EB     **Closed**

### Details -

Created
1/7/2021 10:52:51 AM

Submitted

Language

Owner
Skidmore, Andrew

Restricted
False

Closed
1/18/2021 1:03:29 PM

### E-Tip Details

Violation
Other

IP
192.158.226.16, 10.240.0.249, 10.240.0.238

8/31/23, 2:32 PM														TIPS

Remote Host
api.fbi.gov

Referrer
https://tips.fbi.gov/

User Agent
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/87.0.4280.88 Safari/537.36 Edg/87.0.664.66

## Location

City
Charlotte

Zipcode
28201

Country
US

Region
North Carolina

Timezone
-05:00

Longitude
-80.84313

Latitude
35.22709

8/31/23, 2:32 PM                                                         TIPS

**Violation Questions**

**What was the exact crime that occurred?**
Violent Activity at the U.S Capitol Building

**When did the crime/incident occur? (Please provide an approximate date and time)**
January 6

**Where did the crime/incident occur? (Please provide the specific location/address if possible)**
US Capitol Building

**Synopsis**

I have approximately two hours of video footage from the US Capitol Building on January 6. The footage captures multiple crimes, including fights with law enforcement officers, projectiles thrown at law enforcement officers, destruction of property, etc. I could not upload it on the specific tip page for this time and location. Please let me know how I can get this footage to you.

# Tags - 3

ELECTION CRIMES    PVCA    SSA Triage

## Entities - 1

8/31/23, 2:32 PM                                                                 TIPS

## Complainant

| First Name | Last Name | DOB |
|---|---|---|
| Stephen | Horn | |

**Phone(s)**
Other
919-627-0739

**Address(es)**
Residential
8229 Zebulon Road
Younsville NC United States
27596

**Account(s)**
Email
stephenhorn98@gmail.com

## 💬 Notes - 0

There are no notes to display.

## ✉ Emails - 0

8/31/23, 2:32 PM                                                                 TIPS

There are no emails to display.

## 🔗 Attachments - 1

📄 **9167566-TIP.JSON**
0 B
Added by System at 1/18/2021 1:31:04 PM

There is no legal caveat to display

## 🔍 Queries - 3

| Database | Entity | Query Term | Results Found | Notes |
|---|---|---|---|---|
| TIPS | | | Yes | An NTOC TIPS query of Stephen Horn revealed 60 results (Text Only). |
| Guardian | | | Yes | A Guardian query of "Stephen Horn" revealed one unrelated result. |
| Sentinel | | | Yes | A Sentinel query of "Stephen Horn" revealed 392 results, including XXX-WF-3366759, serial 6432 and 4785. |

## 📋 Review -

**Review Details**

8/31/23, 2:32 PM                                           TIPS

Incident Zip
28201

Field Office
Charlotte Field Office (CE)

Disposition
Crisis Intake/Intake

Disposition Remarks
Horn's media/ videos appear to have been previously documented to XXX-WF-3366759 via serial 6432.

Threat to Life
False

Emergency

Send to Intel
False

## Review History

| Type | User | Start Date | End Date |
| --- | --- | --- | --- |
| First Review | Shearer, James | 1/7/2021 10:52:51 AM | 1/18/2021 1:03:29 PM |

## eGuardians

| Created By | Submit Date | eGuardian ID | Status | Guardian Number |
| --- | --- | --- | --- | --- |
| There are no eGuardians to display. | | | | |

8/31/23, 2:32 PM                                                          TIPS

## History -

### Activity History

| User | Timestamp | Notes |
|---|---|---|
|  | 1/7/2021 10:52:51 AM | Tip Submitted |
|  | 1/7/2021 11:30:37 AM | Processing Complete |
| Shearer, James | 1/17/2021 11:20:47 PM | Tip Opened Directly |
| Shearer, James | 1/17/2021 11:20:49 PM | Tip Saved |
| Shearer, James | 1/17/2021 11:26:29 PM | Re-Opened and Owner Changed |
| Skidmore, Andrew | 1/18/2021 12:53:27 PM | Tip Auto Saved |
| Skidmore, Andrew | 1/18/2021 12:55:15 PM | Tip Auto Saved |
| Skidmore, Andrew | 1/18/2021 12:55:18 PM | Tip Auto Saved |
| Skidmore, Andrew | 1/18/2021 12:59:41 PM | Tip Auto Saved |
| Skidmore, Andrew | 1/18/2021 1:00:20 PM | Tip Auto Saved |
| Skidmore, Andrew | 1/18/2021 1:03:14 PM | Tip Auto Saved |
| Skidmore, Andrew | 1/18/2021 1:03:29 PM | Tip Closed |